IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT | § § § § § § § | CIVIL ACTION NO. 6:20-cv-572[ADA] |
| v. | | |
| GOOGLE LLC | | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT GOOGLE LLC TO ANSWER OR OTHERWISE RESPOND

Before the Court is Defendant Google LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Respond. After consideration of said unopposed motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Google LLC has up to and including September 11, 2020 to answer or otherwise respond to Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Original Complaint for Patent Infringement.

SIGNED this _____ day of _____, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE