# EXHIBIT #4

Designed for

Microsoft®
Windows NT®
Windows®95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business,
School, Library, and Home*



Over
**2,300**
New Terms
With Online Updates
Available Quarterly

# Microsoft Press
# Computer
# Dictionary

## Third
## Edition

- *Over 7,600 terms and definitions*
- *345 illustrations and diagrams*
- *Extensive Internet and Web coverage*
- *Featured in Microsoft® Bookshelf® 97*

**Microsoft** *Press*

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft** Press

GOOG-WSOU572-CC-000004

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1  2  3  4  5  6  7  8  9   QMQM   2  1  0  9  8  7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

GOOG-WSOU572-CC-000005

# Contents

Introduction

**v**

## Dictionary
### of Computer Terms

**1**

### Appendix A
**ASCII Character Set**

**520**

### Appendix B
**IBM Extended Character Set**

**522**

### Appendix C
**Apple Macintosh Extended Character Set**

**524**

### Appendix D
**EBCDIC Character Set**

**528**

### Appendix E
**Numeric Equivalents**

**534**

GOOG-WSOU572-CC-000006

# Introduction

The *Microsoft Press Computer Dictionary, Third Edition* is designed to be a comprehensive and authoritative source of definitions for computer-related terms and abbreviations. The dictionary includes terms drawn from a wide variety of topics:

**Applications**
>   Databases
>   Desktop Publishing
>   Multimedia
>   Spreadsheets
>   Word Processing

**Communication and Networks**
>   E-mail
>   Intranet

**Data and Data Storage**

**Games**

**Graphics**

**Hardware**
>   Architecture
>   Chips, Cards, and Boards
>   Computers
>   Disks, Drives, and Other Media
>   Peripherals
>   Processors

**History**

**Information Processing**
>   General Computing
>   Input/Output
>   Memory and Memory Management

**Internet**
>   Protocols
>   Security
>   Tools (user and developer)
>   World Wide Web

**Organizations**

**Software Engineering**
>   Concepts
>   Programming Languages
>   Tools and Techniques

**Standards**

**Systems and Environments**
>   Operating Systems

GOOG-WSOU572-CC-000007

Although this book covers nearly every aspect of computing, it does not include entries on most companies or on most makes and models of computers, nor does it contain entries on most application software products. The few exceptions to this rule of thumb are key companies and products that have a historical or universal importance within the computing industry.

This dictionary emphasizes terminology that the average computer user will encounter in documentation, online help, computer manuals, marketing and sales materials, the popular media, and the computer trade press. Because most computer users operate personal computers and desktop systems at home, work, or both, the majority of the entries in this dictionary cover the terminology used in describing and working with these systems. However, some specialized or highly technical language is included that pertains to areas of industry, academia, software and hardware development, and research. These terms have been included because they have a bearing on more common computer terminology or because they are of historical significance.

## Changes in the Third Edition

The third edition of the *Microsoft Press Computer Dictionary* has been revised and updated to reflect the many advances in the computer field and to include several areas that have come into prominence in the public eye, such as the Internet. Over 2,500 new entries have been added, covering the Internet, the World Wide Web, network computing, hardware and software advances, virtual reality, multimedia, and workgroup computing.

Existing entries from the second edition of the *Microsoft Press Computer Dictionary* have been updated to include changes in the field.

All entries have been styled in a more traditional dictionary format than in previous editions. Pronunciations and parts of speech are given for all terms. Entries that have more than one sense, or definition, are broken into numbered lists.

## Order of Presentation

Entries are alphabetized by letter. Spaces are ignored, as are characters such as hyphens and slashes; for example, *Baudot code* falls between *baud* and *baud rate,* and *machine-independent* falls between *machine identification* and *machine instruction.* Numbers and symbols are located at the beginning of the book and are listed in ascending ASCII order. If an entry begins with a letter or letters but contains a number, it is listed alphabetically, according to the initial letter(s), and then according to ASCII order. Thus, *V20* precedes *V.2x,* and both precede *VAB.*

## Entries

Entries are of two types: main entries, which contain full definitions, and synonymous cross-references, which contain *See* references to the appropriate main entries. Synonymous cross-references are generally secondary or less common ways of referring to a main entry. The definition at the main entry can be substituted as a definition for the synonymous cross-reference.

### Format

Information in each main entry is presented in a consistent format: entry name in boldface, spelling variants (if any), pronunciation, part of speech, definition, illustration or table references (if any), acronym (if any), alternative names (if any), and cross-references (if any).

### Main Entries

Entries that are acronyms or abbreviations for one or more words or concatenations of two or more words have those words spelled out at the beginning of the definition. The letters in these words or phrases that make up the acronym, abbreviation, or concatenation are in boldface.

When a main entry is spelled exactly the same as another main entry, the two entries are differentiated by the use of a superscript numeral after each

GOOG-WSOU572-CC-000008

term. These entries are called homographs, and they are generally different parts of speech. For example,

e-mail[1] (noun)
e-mail[2] (verb)

## Spelling Variants

When a main entry has one or more variations in the way it is spelled, each spelling variant follows the main entry, after the word *or.*

## Pronunciations

Pronunciation keys appear after all defined terms in the dictionary. Within the pronunciation keys, individual words are separated by word spaces, and syllables within each word are separated by stress marks or hyphens.

### Variant Pronunciations

The *Microsoft Press Computer Dictionary, Third Edition* uses a generalized system for representing pronunciations, particularly for the vowels. There are many subtle variations, well known to phonologists in particular, in the ways Americans in different parts of the United States pronounce many vowels. However, most can recognize words that are pronounced slightly differently by others and should be able to interpret the broad category represented for each of the vowel sounds in this dictionary and apply it in their own regional variation or dialect. This dictionary represents only standard American pronunciations, but there are cases in which sufficient divergence in pronunciation exists, even within the United States, so some variant pronunciations have been included.

Variants are separated by commas, and the most common pronunciation may appear first. However, because there are many cases where two pronunciations are (at least roughly) equally widely used, the order in which they appear should not be interpreted to mean that the first one given is more "correct" or common than the other(s). Variants are shown on a word-by-word basis; for a multiword entry, pronunciation keys are given only for the word or words that have variant pronunciations.

For words that are spelled with the letters *wh,* the pronunciation is listed with two variants: one with a simple *w* (w) and one with the *hw* sound (hw).

Words that are spelled with either *au* or *aw* include a variant pronunciation with the letter *o* with a circumflex accent (ô), which represents the vowel sound some Americans (those who make a significant distinction between this sound and a "regular" short *o*) pronounce when they say the word *dawn.* In some parts of the country, this vowel sound is also used in words with other spellings, such as *coffee* or *talk,* but this seems to be a distinctly dialectical variation rather than a standard one. It is therefore very difficult for any individual to predict how any other might pronounce these particular words, so variants have not been included for them.

### Stress

The syllable or syllables pronounced with the heaviest, or primary, stress in a term are followed by acute accents (´); those with lighter, or secondary, stress are followed by grave accents (`). For example, in the word *computer,* the second syllable is spoken more forcefully, or with more stress, than the first and third syllables and therefore is followed in the pronunciation key by an acute accent (kəm-pyo͞o´tər). In the word *engineering,* the third syllable is stressed most heavily, but the first syllable is stressed more than the second or fourth, so the first syllable is followed by a grave accent, indicating secondary stress (en`jə-nēr´ēng).

### Special Characters and Diacritics

The dictionary's pronunciation schema keeps the use of technical phonetic characters to a minimum. Instead, a system that is more familiar to most Americans represents short vowels with plain letters (a, e, i, o, u) and long vowels with overbars (ā, ē, ī, ō, o͞o). The ligatured *o*'s represent the vowel sounds in the words *foot* (o͝o) and *food* (o͞o).

The letter *a* with an umlaut (ä) is included as an alternative to the short *o* (o). It is used when the vowel is represented orthographically by some

GOOG-WSOU572-CC-000009

letter or combination of letters other than the letter o, such as *a* (as in *father*), *au* (as in *caught*), or *aw* (as in *dawn*). This is done mainly to avoid confusing the reader visually with pronunciations such as wonˊdər for the word *wander*.

One other pair of alternative characters is used to represent a single vowel sound: the schwa (ə) and a short u (u). Traditionally, the schwa has been reserved for unstressed, or reduced, vowels, but in recent years it has become much more commonly used in dictionaries to also represent the short, stressed *u*. In this dictionary, the short *u* is used only in words that are spelled with the letter *u*, and the schwa is used for all other spellings except for "syllabic *l*'s," in which cases the vowel is dropped entirely, as in the word *little* (liˊtl).

One other diacritic used in the pronunciations is a circumflex over the letter *a* (â). This is used instead of the short *e* only in combination with the letter *r*, to represent the vowel sound heard in words such as *air, software,* and *very*. This is done to avoid representations such as kerˊək-tər for the word *character,* which might lead some readers to believe that the sound should be pronounced as is the *er* in the word *her.*

## Acronyms

When acronyms are pronounced as a series of sounded-out letters, capital letters are used to represent the pronunciation of the letters; for example, the pronunciation for the term *EPS* is EˊP-Sˊ, not ēˊpē-esˊ. *Note:* Letter-by-letter pronunciations are included for all acronyms in the dictionary, even those that are pronounced as words by most people; for example, the pronunciation for the term *ASCII* includes both aˊskē and Aˊ-S-C-I-Iˊ.

## Pronunciation Symbols

The following charts include the characters used for the pronunciations in the *Microsoft Press Computer Dictionary, Third Edition* (MPCD), the International Phonetic Alphabet (IPA) symbols to which those characters correspond, and some example words in which the letter or letters that represents each sound is underlined. No attempt has been made to represent foreign sounds as they are pronounced in their original language; only Americanized pronunciations are given for foreign words and names.

### VOWELS

| MPCD | IPA | Representative Words |
|---|---|---|
| a | æ | b<u>a</u>t |
| ā | e | <u>a</u>pe |
| ä | ɑ | f<u>a</u>ther |
| ô | ɔ | d<u>aw</u>n |
| är | ɔr | d<u>ar</u>t |
| âr | ɛr | h<u>air</u> |
| e | ɛ | l<u>e</u>t |
| ē | i | b<u>ee</u>, <u>e</u>qual |
| ēr | ir | h<u>ear</u> |
| i | ɪ | s<u>i</u>t |
| ī | aɪ | n<u>i</u>ce |
| īr | aɪr | w<u>ire</u> |
| o | ɑ | h<u>o</u>t |
| ō | o | <u>oa</u>ts, h<u>o</u>me |
| ôr | or | t<u>or</u>n |
| o͞o | ʊ | b<u>oo</u>k |
| o͞or | ʊr | t<u>our</u> |
| o͞o | u | b<u>oo</u>t, r<u>u</u>le |
| oi | ɔɪ | <u>oi</u>l, b<u>oy</u> |
| ou | aʊ | <u>ou</u>t |
| u | ʌ | c<u>u</u>p |
| ur | ɝ | p<u>ur</u>ge |
| ə | ə | <u>a</u>bout, it<u>e</u>m, ed<u>i</u>ble, gall<u>o</u>p |
| ər | ər | ev<u>er</u> |

### CONSONANTS

| MPCD | IPA | Representative Words |
|---|---|---|
| b | b | <u>b</u>it |
| ch | ʧ | <u>ch</u>ild, rat<u>ch</u>et |
| d | d | <u>d</u>og |
| f | f | <u>f</u>ill, <u>ph</u>obia, lau<u>gh</u> |
| g | g | <u>g</u>old, <u>gh</u>ost |
| h | h | <u>h</u>ome |
| j | ʤ | <u>j</u>ail, le<u>dge</u> |
| k | k | <u>k</u>id, <u>c</u>ow, <u>ch</u>rome |
| l | l, l̩ | <u>l</u>ive, doub<u>le</u> |
| m | m | <u>m</u>ap |
| n | n | <u>n</u>ot, <u>kn</u>ow |

GOOG-WSOU572-CC-000010



| ng | ŋg, ŋ | fi<u>ng</u>er, si<u>ng</u> |
| p | p | <u>p</u>ine, a<u>pp</u>le |
| r | r | <u>r</u>at |
| s | s | <u>s</u>oon, <u>c</u>ell |
| sh | ʃ | <u>sh</u>oe, no<u>ti</u>on, <u>ch</u>arade |
| t | t | <u>t</u>es<u>t</u> |
| th | θ | <u>th</u>in |
| dh | ð | <u>th</u>en |
| v | v | <u>v</u>ine |
| w | w | <u>w</u>ine |
| hw | ʌ | <u>wh</u>ine |
| y | j | <u>y</u>et |
| z | z | <u>z</u>oom, bed<u>s</u> |
| zh | ʒ | plea<u>s</u>ure, colla<u>ge</u> |

## Parts of Speech

Entries are broken down into four parts of speech, in addition to prefixes, abbreviated as follows:

| *n.* | noun |
| *vb.* | verb |
| *adj.* | adjective |
| *adv.* | adverb |

## Definitions

Each of the more than 7,300 entries is written in clear, standard English. Many go beyond a simple definition to provide additional detail and to put the term in context for a typical computer user. When an entry has more than one sense or definition, the definitions are presented in a numbered list, to make it easier to distinguish the particular, sometimes subtle, variations in meaning.

## Illustration and Table References

Some entries have affiliated illustrations or tables that aid in defining the entry. In most cases, illustrations and tables appear on the same page as the entries to which they apply. In some instances, however, page layout requirements have forced them to a subsequent page. Entries with illustrations or tables usually have references at the end of the definition for an entry, in the following formats:

*See the illustration.*
*See the table.*

## Acronyms

Some terminology in the computer field, particularly computer standards and Internet slang, can be shortened to form acronyms. Sometimes the acronym is the more common way to refer to the concept or object; in these cases, the acronym is the main entry. In other cases, the acronym is not as commonly used as the words or phrase for which it stands. In these cases, the words or phrase constitute the main entry. The acronym is given after the definition for these entries in the following format:

*Acronym:*

## Alternative Names

Some items or concepts in the computer field can be referred to by more than one name. Generally, though, one way is preferred. The preferred terminology is the main entry. Alternative names are listed after any acronyms; otherwise they are listed after the definition in the following format:

*Also called:*

## Cross-References

Cross-references are of three types: *See, See also,* and *Compare.* A *See* reference is used in an entry that is a synonymous cross-reference and simply points to another entry that contains the information sought. A *See also* reference points to one or more entries that contain additional or supplemental information about a topic and follows any acronyms or alternative names after the definition. A *Compare* reference points to an entry or entries that offer contrast and follows any *See also* references; otherwise it follows any acronyms or alternative names after the definition.

# Future Printings and Editions

Every effort has been made to ensure the accuracy and completeness of this book. If you find an error, think that an entry does not contain enough information, or seek an entry that does not appear in this edition, please let us know. Address your letter to:



GOOG-WSOU572-CC-000011

Dictionary Editor, Microsoft Press, One Microsoft Way, Redmond, WA 98052-8302. Or send e-mail to mspcd@microsoft.com.

## Online Updates

Quarterly updates and revisions will be made to the *Microsoft Press Computer Dictionary, Third Edition,* on the Microsoft Press Web site (http://mspress .microsoft.com). These updates are meant to supple-ment the content of this dictionary and keep it up to date in regard to computer technology, which is one of the fastest-evolving fields in the world today. Simply point your Web browser to http://mspress .microsoft.com/mspress/products/1031 to access the update page for the dictionary. Please note that the content of the updates is in HTML format and is not available in a separate file for downloading. The updates are meant to be viewed on the Microsoft Press Web site.

GOOG-WSOU572-CC-000012

both privately owned and public-access network computers. *See also* asynchronous transmission, CCITT, channel (definition 2), communications protocol, IEEE, ISDN, ISO/OSI model, LAN, modem, network, synchronous transmission. *Compare* data transmission, telecommunications, teleprocess.

**Communications Act of 1934** \kə-myōō-nə-kā´-shənz akt əv nīn`tēn-thər-tē-fōr´\ *n. See* FCC.

**communications channel** \kə-myōō-nə-kā´shənz chan`əl\ *n. See* channel (definition 2).

**communications controller** \kə-myōō-nə-kā´-shənz kən-trō`lər\ *n.* A device used as an intermediary in transferring communications to and from the host computer to which it is connected. By relieving the host computer of the actual tasks of sending, receiving, deciphering, and checking transmissions for errors, a communications controller helps to make efficient use of the host computer's processing time—time that might be better used for noncommunications tasks. A communications controller can be either a programmable machine in its own right or a nonprogrammable device designed to follow certain communications protocols. *See also* front-end processor (definition 2).

**communications link** \kə-myōō-nə-kā´shənz lēnk`\ *n.* The connection between computers that enables data transfer.

**communications network** \kə-myōō-nə-kā´shənz net`wərk\ *n. See* network.

**communications parameter** \kə-myōō-nə-kā´-shənz pər-am`ə-tər\ *n.* Any of several settings required in order to enable computers to communicate. In asynchronous communications, for example, modem speed, number of data bits and stop bits, and type of parity are parameters that must be set correctly to establish communication between two modems.

**communications port** \kə-myōō-nə-kā´shənz pōrt`\ *n. See* COM (definition 1).

**communications program** \kə-myōō-nə-kā´shənz prō`gram\ *n.* A software program that enables a computer to connect with another computer and to exchange information. For initiating communications, communications programs perform such tasks as maintaining communications parameters, storing and dialing phone numbers automatically,

recording and executing logon procedures, and repeatedly dialing busy lines. Once a connection is made, communications programs can also be instructed to save incoming messages on disk or to find and transmit disk files. During communication, these types of programs perform the major, and usually invisible, tasks of encoding data, coordinating transmissions to and from the distant computer, and checking incoming data for transmission errors.

**communications protocol** \kə-myōō-nə-kā´shənz prō`tə-kol\ *n.* A set of rules or standards designed to enable computers to connect with one another and to exchange information with as little error as possible. The protocol generally accepted for standardizing overall computer communications is a seven-layer set of hardware and software guidelines known as the OSI (Open Systems Interconnection) model. A somewhat different standard, widely used before the OSI model was developed, is IBM's SNA (Systems Network Architecture). The word *protocol* is often used, sometimes confusingly, in reference to a multitude of standards affecting different aspects of communication, such as file transfer (for example, XMODEM and ZMODEM), handshaking (for example, XON/XOFF), and network transmissions (for example, CSMA/CD). *See also* ISO/OSI model, SNA.

**communications satellite** \kə-myōō-nə-kā´shənz sat`ə-līt\ *n.* A satellite stationed in geosynchronous orbit that acts as a microwave relay station, receiving signals sent from a ground-based station (earth station), amplifying them, and retransmitting them on a different frequency to another ground-based station. Initially used for telephone and television signals, communications satellites can also be used for high-speed transmission of computer data. Two factors affecting the use of satellites with computers, however, are propagation delay (the time lag caused by the distance traveled by the signal) and security concerns. *See also* downlink, uplink.

**communications server** \kə-myōō-nə-kā´shənz sər`vər\ *n.* A gateway that translates packets on a local area network (LAN) into asynchronous signals, such as those used on telephone lines or in RS-232-C serial communications, and allows all nodes on the LAN access to its modems or



GOOG-WSOU572-CC-000013

operating system and resides there for as long as the computer is on. *Compare* external command.

**internal font** \in-tər`nəl font`\ *n.* A font that is already loaded in a printer's memory (ROM) when the printer is shipped. *Compare* downloadable font, font cartridge.

**internal interrupt** \in-tər`nəl in´tər-upt\ *n.* An interrupt generated by the processor itself in response to certain predefined situations, such as an attempt to divide by zero or an arithmetic value exceeding the number of bits allowed for it. *See also* interrupt. *Compare* external interrupt.

**internal memory** \in-tər`nəl mem´ər-ē\ *n. See* primary storage.

**internal modem** \in-tər`nəl mō´dəm\ *n.* A modem constructed on an expansion card to be installed in one of the expansion slots inside a computer. *Compare* external modem, integral modem.

**internal schema** \in-tər`nəl skē´mə\ *n.* A view of information about the physical files composing a database, including filenames, file locations, accessing methodology, and actual or potential data derivations, in a database model such as that described by ANSI/X3/SPARC, that supports a three-schema architecture. The internal schema corresponds to the schema in systems based on CODASYL/DBTG. In a distributed database, there may be a different internal schema at each location. *See also* conceptual schema, schema.

**internal sort** \in-tər`nəl sōrt`\ *n.* **1.** A sorting operation that takes place on files completely or largely held in memory rather than on disk during the process. **2.** A sorting procedure that produces sorted subgroups of records that will be subsequently merged into one list.

**International Federation of Information Processing** \in-tər-nash`ə-nəl fed-ər-ā´shən əv in-fər-mā`shən pros´es-ēng\ *n. See* IFIP.

**International Organization for Standardization** \in-tər-nash`ə-nəl ōr-gə-nə-zā`shən fōr stan`dər-də-zā´shən\ *n. See* ISO.

**International Telecommunications Union** \in-tər-nash`ə-nəl tel`ə-kə-myōō-nə-kā´shənz yōōn-`yən\ *n.* An intergovernmental organization responsible for making recommendations and standardization regarding telephone and data communications systems for public and private

telecommunication organizations. The ITU was founded in 1865 and became an agency of the United Nations in 1947. The ITU was formerly known as CCITT (Comité Consultatif International Télégraphique et Téléphonique) and changed its name to ITU in March 1993. They may be contacted at International Telecommunications Union, Information Services Department, Place des Nations, 1211 Geneva 20, Switzerland. Telephone: +41 (22) 730 5554. Fax: +41 (22) 730 5337. E-mail: helpdesk@itu.ch, teledoc@itu.arcom.ch. *Acronym:* ITU (I´T-U´).

**International Telegraph and Telephone Consultative Committee** \in`tər-nash`ə-nəl tel`ə-graf and tel`ə-fōn kən-sul´tə-tiv kə-mit`ē, kon´sul-tā-tiv\ *n. See* CCITT.

**Internaut** \in´tər-nät`, in´tər-nôt`\ *n. See* cybernaut.

**internet** \in´tər-net\ *n.* Short for internetwork. A set of computer networks that may be dissimilar and are joined together by means of gateways that handle data transfer and conversion of messages from the sending networks' protocols to those of the receiving network.

**Internet** \in´tər-net\ *n.* The worldwide collection of networks and gateways that use the TCP/IP suite of protocols to communicate with one another. At the heart of the Internet is a backbone of high-speed data communication lines between major nodes or host computers, consisting of thousands of commercial, government, educational, and other computer systems, that route data and messages. One or more Internet nodes can go off line without endangering the Internet as a whole or causing communications on the Internet to stop, because no single computer or network controls it. The genesis of the Internet was a decentralized network called ARPANET created by the Department of Defense in 1969 to facilitate communications in the event of a nuclear attack. Eventually other networks, including BITNET, Usenet, UUCP, and NSFnet, were connected to ARPANET. Currently, the Internet offers a range of services to users, such as FTP, e-mail, the World Wide Web, Usenet news, Gopher, IRC, telnet, and others. *Also called* the Net. *See also* BITNET, FTP[1] (definition 1), Gopher, IRC, NSFnet, telnet[1], Usenet, UUCP, World Wide Web.



GOOG-WSOU572-CC-000014

**Internet access** \in`tər-net ak`ses\ *n.* **1.** The capability of a user to connect to the Internet. This is generally accomplished through one of two ways. The first is through a dialing up of an Internet service provider or an online information services provider via a modem connected to the user's computer. This method is the one used by the majority of home computer users. The second way is through a dedicated line, such as a T1 carrier, that is connected to a local area network, to which, in turn, the user's computer is connected. The dedicated line solution is used by larger organizations, such as corporations, which either have their own node on the Internet or connect to an Internet service provider that is a node. A third way that is emerging is for users to use set-top boxes with their TVs. Generally, however, this will give a user access only to documents on the World-Wide Web. *See also* dedicated line (definition 1), ISP, LAN, modem, node (definition 2), set-top box. **2.** The capability of an online information service to exchange data with the Internet, such as e-mail, or to offer Internet services to users, such as newsgroups, FTP, and the World Wide Web. Most online information services offer Internet access to their users. *See also* FTP[1] (definition 1), online information service.

**Internet access device** \in`tər-net ak`ses də-vīs`\ *n.* A communications and signal-routing mechanism, possibly incorporating usage tracking and billing features, for use in connecting multiple remote users to the Internet.

**Internet access provider** \in`tər-net ak`ses prə-vī`dər\ *n. See* ISP.

**Internet account** \in`tər-net ə-kount`\ *n.* A generic term for a registered username at an Internet Service Provider (ISP). An Internet account is accessed via username and password. Services such as dial-in PPP Internet access and e-mail are provided by ISPs to Internet account owners.

**Internet address** \in`tər-net a`dres, ə-dres`\ *n. See* domain name address, e-mail address, IP address.

**Internet appliance** \in`tər-net ə-plī`əns\ *n. See* set-top box.

**Internet Architecture Board** \in`tər-net är`kə-tek-chur bōrd`\ *n.* The body of the Internet Society (ISOC) responsible for overall architectural considerations regarding the Internet. The IAB also serves to adjudicate disputes in the standards process. *Acronym:* IAB (I`A-B´). *See also* Internet Society.

**Internet Assigned Numbers Authority** \in`tər-net ə-sīnd` num`bərz ə-thōr`ə-tē\ *n.* A unit of the Internet Architecture Board that registers and controls the assignment of various Internet-related numerical designations, such as IP port, protocol, and enterprise numbers. *Acronym:* IANA (I`A-N-A´).

**Internet backbone** \in`tər-net bak`bōn\ *n.* One of several high-speed networks connecting many local and regional networks, with at least one connection point where it exchanges packets with other Internet backbones. Historically, the NSFnet (predecessor to the modern Internet) was the backbone to the entire Internet in the United States. This backbone linked the supercomputing centers that the National Science Foundation (NSF) runs. Today, different providers have their own backbones so that the backbone for the supercomputing centers is independent of backbones for commercial Internet providers such as MCI and Sprint. *See also* backbone.

**Internet broadcasting** \in`tər-net brod`ka-stēng\ *n.* Broadcasting of audio, or audio plus video, signals across the Internet. Internet broadcasting includes conventional over-the-air broadcast stations that transmit their signals into the Internet as well as Internet-only stations. Listeners use audio Internet software, such as RealAudio. One method of Internet broadcasting is MBONE. *See also* MBONE, RealAudio.

**Internet Control Message Protocol** \in`tər-net kən-trōl´ mes´əj prō`tə-kol\ *n. See* ICMP.

**Internet Draft** \in`tər-net draft`\ *n.* A document produced by the IETF (Internet Engineering Task Force) for purposes of discussing a possible change in standards that govern the Internet. An Internet Draft is subject to revision or replacement at any time; if not replaced or revised, the Internet Draft is valid for no more than six months. An Internet Draft, if accepted, may be developed into an RFC. *See also* IETF, RFC.

**Internet Engineering and Planning Group** \in`tər-net en-jə-nēr´ēng ənd plan`ēng grōōp\ *n. See* IEPG.



GOOG-WSOU572-CC-000015

**Internet Engineering Steering Group** \in`tər-net en-jə-nēr`ēng stēr`ēng grōōp\ *n.* The group within the Internet Society (ISOC) that, along with the Internet Architecture Board (IAB), reviews the standards proposed by the Internet Engineering Task Force (IETF). *Acronym:* IESG (Ï`E-S-G´).

**Internet Engineering Task Force** \in`tər-net en`jə-nēr`ēng task` fôrs\ *n. See* IETF.

**Internet Explorer** \in`tər-net eks-plôr´ər\ *n.* Microsoft's Web browser, introduced in October 1995. Internet Explorer is now available in Windows and Macintosh versions. Later versions provide the ability to incorporate advanced design and animation features into Web pages and recognize ActiveX controls and Java applets. *See also* ActiveX controls, Java applet, Web browser.

**Internet gateway** \in`tər-net gāt`wā\ *n.* A device that provides the connection between the Internet backbone and another network, such as a LAN (local area network). Usually the device is a computer dedicated to the task or a router. The gateway generally performs protocol conversion between the Internet backbone and the network, data translation or conversion, and message handling. A gateway is considered a node on the Internet. *See also* gateway, Internet backbone, node (definition 2), router.

**Internet Group Membership Protocol** \in`tər-net grōōp` mem`bər-ship prō`tə-kol\ *n.* A protocol used by IP hosts to report their host group memberships to any immediately neighboring multicast routers. *Acronym:* IGMP (Ï`G-M-P´).

**Internet Information Server** \in`tər-net in`fər-mā`shən sər`vər\ *n.* Microsoft's brand of Web server software, utilizing Hypertext Transfer Protocol to deliver World Wide Web documents. It incorporates various functions for security, allows for CGI programs, and also provides for Gopher and FTP servers.

**Internet Naming Service** \in`tər-net nā´mēng sər`vis\ *n. See* WINS.

**Internet Protocol** \in`tər-net prō`tə-kol\ *n. See* IP.

**Internet Protocol next generation** \in`tər-net prō`tə-kol nekst` jen-ər-ā´shən\ *n. See* IPng.

**Internet Relay Chat** \in`tər-net rē´lā chat`\ *n. See* IRC.

**Internet Research Steering Group** \in`tər-net rē`sərch stēr`ēng grōōp\ *n.* The governing body of the Internet Research Task Force (IRTF). *Acronym:* IRSG (Ï`R-S-G´).

**Internet Research Task Force** \in`tər-net rē`sərch task´ fôrs\ *n.* A volunteer organization that makes long-term recommendations concerning the Internet to the Internet Architecture Board. *Acronym:* IRTF (Ï`R-T-F´). *See also* Internet Society.

**Internet robot** \in`tər-net rō`bot\ *n. See* spider.

**Internet security** \in`tər-net se-kyər´ə-tē\ *n.* A broad topic dealing with all aspects of data authentication, privacy, integrity, and verification for transactions over the Internet. For example, credit card purchases made via a World Wide Web browser require attention to Internet security issues to ensure that the credit card number is not intercepted by an intruder or copied from the server where the number is stored, and to verify that the credit card number is actually sent by the person who claims to be sending it.

**Internet Server Application Programming Interface** \in`tər-net sər-vər a-plə-kā`shən prō`gram-ēng in`tər-fās\ *n. See* ISAPI.

**Internet service provider** \in`tər-net sər`vəs prə-vī`dər\ *n. See* ISP.

**Internet Society** \in`tər-net sə-sī´ə-tē\ *n.* An international organization, comprising individuals, companies, foundations, and government agencies, that promotes the use, maintenance, and development of the Internet. The Internet Architecture Board (IAB) is a body within the Internet Society. In addition, the Internet Society publishes the *Internet Society News* and produces the annual INET conference. *Acronym:* ISOC (Ï´sok, Ï`S-O-C´). *See also* INET (definition 2), Internet Architecture Board.

**Internet Software Consortium** \in`tər-net soft´wâr kən-sôr`shē-əm, kən-sôr`shəm\ *n.* A nonprofit organization that develops software that is available for free, via the World Wide Web or FTP, as well as development of Internet standards such as the Dynamic Host Configuration Protocol (DHCP). *See also* DHCP.

**Internet Talk Radio** \in`tər-net täk rä´dē-ō\ *n.* Audio programs similar to radio broadcasts but distributed over the Internet in the form of files that can be downloaded via FTP. Internet Talk Radio programs, prepared at the National Press Building in Washington, D.C., are 30 minutes to 1 hour in length; a 30-minute program requires



GOOG-WSOU572-CC-000016

about 15 MB of disk space. Features include the Internet Hall of Flame and the Geek of the Week. *Acronym:* ITR (I`T-R´).

**Internet telephone** \in`tər-net tel´ə-fōn\ *n.* Point-to-point voice communication that uses the Internet instead of the public-switched telecommunications network to connect the calling and called parties. Both the sending and the receiving party need a computer, a modem, an Internet connection, and an Internet telephone software package to make and receive calls.

**Internet television** \in`tər-net tel´ə-vizh-ən\ *n.* The transmission of television audio and video signals over the Internet.

**internetwork** \in`tər-net´wərk\ *adj.* Of or pertaining to communications between connected networks. Often used to refer to communication between one local area network and another over the Internet or another wide-area network. *See also* LAN, wide area network.

**Internetwork Packet Exchange** \in`tər-net-wərk pak´ət eks-chānj`\ *n. See* IPX.

**Internet Worm** \in`tər-net wərm`\ *n.* A string of self-replicating computer code that was distributed through the Internet in November 1988. In a single night, it overloaded and shut down a large portion of the computers connected to the Internet at that time by replicating itself over and over on each computer it accessed, exploiting a bug in UNIX systems. Intended as a prank, the Internet Worm was written by a student at Cornell University. *See also* back door, worm.

**InterNIC** \in´tər-nik`, in`tər-N-I-C´\ *n.* Short for NSFnet (**Internet**) Network Information Center. The organization that is charged with registering domain names and IP addresses as well as distributing information about the Internet. InterNIC was formed in 1993 as a consortium involving the U.S. National Science Foundation, AT&T, General Atomics, and Network Solutions Inc. (Herndon, Va.). The latter partner administers InterNIC Registration Services, which assigns Internet names and addresses. InterNIC can be reached by e-mail at info@internic.net or on the Web at http://www.internic.net/.

**interoperability** \in`tər-op`ər-ə-bil´ə-tē\ *n.* Referring to components of computer systems that are able to function in different environments. For example, Microsoft's NT operating system is interoperable on Intel, DEC Alpha, and other CPUs. Another example is the SCSI standard for disk drives and other peripheral devices that allows them to interoperate with different operating systems. With software, interoperability occurs when programs are able to share data and resources. Microsoft Word, for example, is able to read files created by Microsoft Excel.

**interpolate** \in-tər´pə-lāt\ *vb.* To estimate intermediate values between two known values in a sequence.

**interpret** \in-tər´prət\ *vb.* **1.** To translate a statement or instruction into executable form and then execute it. **2.** To execute a program by translating one statement at a time into executable form and executing it before translating the next statement, rather than by translating the program completely into executable code (compiling it) before executing it separately. *See also* interpreter. *Compare* compile.

**interpreted language** \in-tər`prə-təd lang´wəj\ *n.* A language in which programs are translated into executable form and executed one statement at a time rather than being translated completely (compiled) before execution. Basic, LISP, and APL are generally interpreted languages, although Basic can also be compiled. *See also* compiler. *Compare* compiled language.

**interpreter** \in-tər´prə-tər\ *n.* A program that translates and then executes each statement in a program written in an interpreted language. *See also* compiler, interpreted language, language processor.

**interprocess communication** \in`tər-pros`es kə-myōō-nə-kā´shən\ *n.* The ability of one task or process to communicate with another in a multitasking operating system. Common methods include pipes, semaphores, shared memory, queues, signals, and mailboxes. *Acronym:* IPC (I`P-C´).

**inter-record gap** \in`tər-ek`ərd gap`\ *n.* An unused space between data blocks stored on a disk or tape. Because the speed of disks and tapes fluctuates slightly during operation of the drives, a new data block may not occupy the exact space occupied by the old block it overwrites. The inter-record gap prevents the new block from overwrit-



261

GOOG-WSOU572-CC-000017

tion, ion-deposition printers tend to produce thick, slightly fuzzy characters; the technology is also more expensive than that of a laser printer. *See also* electrophotographic printers, nonimpact printer, page printer. *Compare* laser printer, LCD printer, LED printer.

**I/O port** \I-Oˊ pôrtˋ\ *n. See* input/output port.

**I/O processor** \I-Oˊ prosˋes-ǝrˋ\ *n. See* input/output processor.

**IO.SYS** \īˊō-sisˋ, I-Oˋdot-S-Y-Sˊˋ\ *n.* One of two hidden system files installed on an MS-DOS startup disk. IO.SYS in IBM releases of MS-DOS (called IBMBIO.COM) contains device drivers for peripherals such as the display, keyboard, floppy disk drive, hard disk drive, serial port, and real-time clock. *See also* MSDOS.SYS.

**IP** \I-Pˊˋ\ *n.* Acronym for Internet Protocol. The protocol within TCP/IP that governs the breakup of data messages into packets, the routing of the packets from sender to destination network and station, and the reassembly of the packets into the original data messages at the destination. IP corresponds to the network layer in the ISO/OSI model. *See also* ISO/OSI model, TCP/IP. *Compare* TCP.

**IP address** \I-Pˊ aˋdres, ǝ-dresˋ\ *n.* Short for Internet Protocol **address.** A 32-bit (4-byte) binary number that uniquely identifies a host (computer) connected to the Internet to other Internet hosts, for the purposes of communication through the transfer of packets. An IP address is expressed in "dotted quad" format, consisting of the decimal values of its 4 bytes, separated with periods; for example, 127.0.0.1. The first 1, 2, or 3 bytes of the IP address, assigned by InterNIC Registration Services, identify the network the host is connected to; the remaining bits identify the host itself. The 32 bits of all 4 bytes together can signify almost $2^{32}$, or roughly 4 billion, hosts. (A few small ranges within that set of numbers are not used.) *See also* host, InterNIC, IP, packet (definition 2). *Compare* domain name.

**IPC** \I-P-Cˊˋ\ *n. See* interprocess communication.

**IPL** \I-P-Lˊˋ\ *n. See* initial program load.

**IP multicasting** \I-Pˋ    mulˊtē-kasˊteng, mulˊtī-kasˋteng\ *n.* Short for Internet Protocol **multicasting.** The extension of local area network multicasting technology to a TCP/IP network. Hosts send and receive multicast datagrams, the destina-

tion fields of which specify IP host group addresses rather than individual IP addresses. A host indicates that it is a member of a group by means of the Internet Group Management Protocol. *See also* datagram, Internet Group Membership Protocol, IP, MBONE, multicasting.

**IPng** \Iˊpēng, IˊP-N-Gˊˋ\ Acronym for Internet Protocol **next** generation. A version of Internet Protocol (IP) developed by the Internet Engineering Task Force (IETF). Improvements over the original Internet Protocol include better security and an increased IP address size of 16 bytes. *See also* IETF, IP, IP address.

**IP spoofing** \I-Pˊ spo͞oˋfeng\ *n.* The act of inserting a false sender IP address into an Internet transmission in order to gain unauthorized access to a computer system. *See also* IP address, spoofing.

**IP switching** \I-Pˊ swichˋeng\ *n.* A technology developed by Ipsilon Networks (Sunnyvale, Calif.) that enables a sequence of IP packets with a common destination to be transmitted over a high-speed, high-bandwidth Asynchronous Transfer Mode (ATM) connection.

**IPv6** \IˊP-V-siksˊˋ\ *n.* Short for Internet Protocol version **6.** A proposed next generation for the Internet Protocol, currently version 4, which was introduced in September 1995 by the Internet Engineering Task Force and formerly known as IPng. *See also* IP, IPng.

**IPX** \IˊP-Xˊˋ\ *n.* Acronym for Internetwork Packet Exchange. The protocol in Novell NetWare that governs addressing and routing of packets within and between LANs. IPX packets can be encapsulated in Ethernet packets or Token Ring frames. IPX operates at ISO/OSI levels 3 and 4 but does not perform all the functions at those levels. In particular, IPX does not guarantee that a message will be complete (no lost packets); SPX has that job. *See also* Ethernet (definition 1), packet, Token Ring network. *Compare* SPX (definition 1).

**IPX/SPX** \IˊP-X-SˊP-Xˋ\ *n.* The network and transport level protocols used by Novell NetWare, which together correspond to the combination of TCP and IP in the TCP/IP protocol suite. *See also* IPX, SPX (definition 1).

**.iq** \dotˋI-Qˊˋ\ *n.* On the Internet, the major geographic domain specifying that an address is located in Iraq.



GOOG-WSOU572-CC-000018

**LLC** \L`L-C´\ *n. See* IEEE 802 standards.

**load**[1] \lōd\ *n.* **1.** The total computing burden a system carries at one time. **2.** In electronics, the amount of current drawn by a device. **3.** In communications, the amount of traffic on a line.

**load**[2] \lōd\ *vb.* To place information from storage into memory for processing, if it is data, or for execution, if it is program code.

**load-and-go** \lōd`ənd-gō´\ *adj.* In reference to a routine, able to begin execution immediately, once loaded. The term is commonly used in reference to compilers and the machine code they generate.

**loaded line** \lō´dəd līn´\ *n.* A transmission cable fitted with loading coils, usually spaced about a mile apart, that reduce amplitude distortion in a signal by adding inductance (resistance to changes in current flow) to the line. Loaded lines minimize distortion within the range of frequencies affected by the loading coils, but the coils also reduce the bandwidth available for transmission.

**loader** \lō´dər\ *n.* A utility that loads the executable code of a program into memory for execution. On most microcomputers, the loader is an invisible part of the operating system and is automatically invoked when a program is run. *See also* load module, loader routine.

**loader routine** \lō´dər rōō-tēn´\ *n.* A routine that loads executable code into memory and executes it. A loader routine can be part of an operating system or it can be part of the program itself. *See also* loader, overlay[1] (definition 1).

**load module** \lōd´ moj´ōōl, mo`dyōōl\ *n.* An executable unit of code loaded into memory by the loader. A program consists of one or more load modules, each of which can be loaded and executed independently. *See also* loader.

**load point** \lōd´ point\ *n.* The beginning of the valid data area on a magnetic tape.

**load sharing** \lōd´ shâr´ēng\ *n.* A method of managing one or more tasks, jobs, or processes by scheduling and simultaneously executing portions of them on two or more microprocessors.

**local** \lō´kəl\ *adj.* Close at hand or restricted to a particular area. More specifically, in communications, a local device is one that can be accessed directly rather than by means of a communications line. In information processing, a local operation is one performed by the computer at hand rather than by a remote computer. In programming, a local variable is a variable that is restricted in scope, that is, used in only one part (subprogram, procedure, or function) of a program. *Compare* remote.

**local area network** \lō´kəl âr´ē-ə net´wərk\ *n.* *See* LAN.

**local bus** \lō´kəl bus´\ *n.* A PC architecture designed to speed up system performance by allowing some expansion boards to communicate directly with the microprocessor, bypassing the normal system bus entirely. *See also* PCI local bus, VL bus.

**local bypass** \lō´kəl bī´pas\ *n.* A telephone connection used by some businesses that links separate buildings but bypasses the telephone company.

**local group** \lō´kəl grōōp´\ *n.* **1.** In Windows NT, a group that is granted permissions and rights to only those resources on the workstation on which the group resides. Local groups provide a convenient means of allowing users both inside and outside the workstation to use resources found only on the workstation containing the local group. *See also* group[1]. **2.** In Windows NT Advanced Server, a group that is granted permissions and rights to only the resources on the servers of its own domain. Local groups in this context provide a convenient means of allowing users from both inside and outside the domain to use resources found only on the servers of the domain. *See also* global group, group[1].

**localhost** \lō´kəl-hōst´\ *n.* The name that is used to represent the same computer on which a TCP/IP message originates. An IP packet sent to localhost has the IP address 127.0.0.1 and does not actually go out to the Internet. *See also* IP address, packet (definition 1), TCP/IP.

**localization** \lō´kə-lə-zā´shən\ *n.* The process of altering a program so that it is appropriate for the area in which it is used. For example, the developers of a word processing program must localize the sorting tables in the program for different countries or languages because the correct order of characters in one language might be incorrect in another.



GOOG-WSOU572-CC-000019

cially available Web browsers. *See also* Mosaic,
Web browser.

**Netscape Server Application Programming
Interface** \net-skäp sər-vər a-plə-kā`shən prō-
gram-ēng in`tər-fās\ *n. See* NSAPI.

**Netspeak** \net`spēk\ *n.* The set of conventions for
writing English in e-mail, IRCs, and newsgroups.
Netspeak is characterized by acronyms (such as
IMHO or ROFL) and clarifying devices such as
emotags and emoticons. Use of Netspeak should
be governed by netiquette. *See also* emotag, emot-
icon, IMHO, IRC, netiquette, ROFL.

**Net surfing** \net´ sur`fēng\ *n.* The practice of
exploring the Internet without a specific goal in
mind. The concept of Net surfing is similar to (and
probably derived from) "channel surfing" in refer-
ence to watching television.

**net-top box** \net`top boks`\ *n.* A type of personal
computer with a reduced number of components
that is built primarily to provide a low-cost access
terminal to the various services available on the
Internet, such as e-mail, Web access, and telnet
connectivity. These machines, which are under
development, will not have locally addressable
hard disks or installable programs, but will obtain
any necessary materials for the user from some-
where on a network to which the net-top box is
connected. *Compare* Java terminal, NetPC.

**Net TV** \net` T-V´\ *n. See* Internet television.

**NetWare** \net`wâr\ *n.* Novell's LAN operating sys-
tem. NetWare runs on many different hardware
platforms and network configurations.

**network** \net`wərk\ *n.* A group of computers and
associated devices that are connected by commu-
nications facilities. A network can involve perma-
nent connections, such as cables, or temporary
connections made through telephone or other
communication links. A network can be as small
as a local area network consisting of a few com-
puters, printers, and other devices, or it can consist
of many small and large computers distributed
over a vast geographic area.

**network adapter** \net`wərk ə-dap`tər\ *n.* An
expansion card or other device used to connect a
computer to a local area network.

**network address translation** \net`wərk a´dres
tranz-lā`shən, ə-dres`\ *n. See* NAT.

**network administrator** \net`wərk əd-min´ə-strā-
tər\ *n.* The person in charge of operations on a
computer network. The duties of a network
administrator can be broad and might include
such tasks as installing new workstations and
other devices, adding and removing individuals
from the list of authorized users, archiving files,
overseeing password protection and other security
measures, monitoring usage of shared resources,
and handling malfunctioning equipment. *See also*
system administrator.

**network architecture** \net`wərk är`kə-tek-chər\
*n.* The underlying structure of a computer network,
including hardware, functional layers, interfaces,
and protocols, used to establish communication
and ensure the reliable transfer of information. Net-
work architectures are designed to provide both
philosophical and physical standards for the com-
plexities of establishing communications links and
transferring information without conflict. Various
network architectures exist, including the interna-
tionally accepted seven-layer ISO Open Systems
Interconnection (OSI) model and IBM's Systems
Network Architecture (SNA). *See also* ISO/OSI
model, SNA.

**network card** \net`wərk kärd`\ *n. See* network
adapter.

**network computer** \net`wərk kəm-pyōō`tər\ *n.*
A computer having the hardware and software
necessary for it to be connected to a network.
*Acronym:* NC (N-C´).

**network control program** \net`wərk kən-trōl´
prō-gram\ *n.* In a communications network that
includes a mainframe computer, a program that
usually resides in a communications controller and
takes over communications tasks such as routing,
error control, line control, and polling (checking
terminals for transmissions), leaving the main
computer free for other functions. *See also* com-
munications controller.

**network database** \net`wərk dā`tə-bäs\ *n.* **1.** A
database that runs in a network. **2.** A database
containing the address of other users in the net-
work. **3.** In information management, a type of
database in which data records can be related to
one another in more than one way. A network
database is similar to a hierarchical database in the



GOOG-WSOU572-CC-000020



Tractor feeders

*Tractor feed.   Tractor feeders on a dot-matrix printer.*

**traditional newsgroup hierarchy** \trə-dish`ə-nəl nōōz`grōōp hī´ər-är-kē, hīr`är-kē\ *n.* The seven standard newsgroup categories in Usenet: comp., misc., news., rec., sci., soc., and talk. Newsgroups can be added within the traditional hierarchy only following a formal voting process. *See also* comp. newsgroups, misc. newsgroups, newsgroup, news. newsgroups, rec. newsgroups, Request for Discussion, sci. newsgroups, soc. newsgroups, talk. newsgroups, Usenet. *Compare* alt. newsgroup.

**traffic** \traf´ik\ *n.* The load carried by a communications link or channel.

**trailer** \trā´lər\ *n.* Information, typically occupying several bytes, at the tail end of a block (section) of transmitted data and often containing a checksum or other error-checking data useful for confirming the accuracy and status of the transmission. *See also* checksum. *Compare* header (definition 2).

**trailer label** \trā´lər lā`bəl\ *n.* **1.** A small block of information used in tape processing that marks the end of a file or the end of the tape and that can contain other information, such as the number of records in the file or files on the tape. *Compare* header label. **2.** A label used in communications data frames that follows the data and might contain an end-of-message mark, a checksum, and some synchronization bits.

**trailing edge** \trā´ling ej´\ *n.* The latter part of an electronic signal. When a digital signal switches from on to off, the transition is the trailing edge of the signal.

**train**[1] \trān\ *n.* A sequence of items or events, such as a digital pulse train consisting of transmitted binary signals.

**train**[2] \trān\ *vb.* To teach an end user how to use a software or hardware product.

**transaction** \tranz-ak´shən\ *n.* A discrete activity within a computer system, such as an entry of a customer order or an update of an inventory item. Transactions are usually associated with database management, order entry, and other online systems.

**transaction file** \tranz-ak´shən fīl`\ *n.* A file that contains the details of transactions, such as items and prices on invoices. It is used to update a master database file. *See also* transaction. *Compare* master file.

**transaction log** \tranz-ak´shən log`\ *n.* *See* change file.

**transaction processing** \tranz-ak´shən pros`es-ēng\ *n.* A processing method in which transactions are executed immediately after they are received by the system. *See also* transaction. *Compare* batch processing (definition 3).

**Transaction Processing Council** \tranz-ak`shən pros´es-ēng koun`səl\ *n.* A group of hardware and software vendors with the goal of publishing benchmark standards. *Acronym:* TPC (T`P-C´).

**transaction processing monitor** \tranz-ak`shən pros-es-ēng mon´ə-tər\ *n.* *See* TP monitor.

**transceiver** \tran-sē´vər\ *n.* Short for **trans**mitter/re**ceiver.** A device that can both transmit and receive signals. On local area networks, a transceiver is the device that connects a computer to the network.

**transceiver cable** \tran-sē´vər kā`bl\ *n.* A cable that is used to connect a host adapter within a computer to a local area network (LAN). *See also* AUI cable, LAN.

**transducer** \tranz`dōō´sər\ *n.* A device that converts one form of energy into another. Electronic transducers either convert electric energy to another form of energy or convert nonelectric to electric energy.

**transfer** \trans´fər\ *n.* **1.** The movement of data from one location to another. **2.** The passing of program control from one portion of code to another.

**transfer rate** \trans´fər rāt`\ *n.* The rate at which a circuit or a communications channel transfers information from source to destination, as over a network or to and from a disk drive. Transfer



GOOG-WSOU572-CC-000021

spelling of *the;* or reversing two wires in a circuit. **2.** In mathematics and spreadsheets, to rotate a matrix (a rectangular array of numbers) about a diagonal axis.

**transputer** \trans´pyo͞o´tər\ *n.* Short for **trans**istor com**puter.** A complete computer on a single chip, including RAM and an FPU, designed as a building block for parallel computing systems.

**trap**[1] \trap\ *n. See* interrupt.

**trap**[2] \trap\ *vb.* To intercept an action or event before it occurs, usually in order to do something else. Trapping is commonly used by debuggers to allow interruption of program execution at a given spot. *See also* interrupt, interrupt handler.

**trapdoor** \trap´dōr\ *n. See* back door.

**trap handler** \trap´ hand´lər\ *n. See* interrupt handler.

**Trash** \trash\ *n.* An icon on the screen in the Macintosh Finder, resembling a garbage can. To delete a file or eject a diskette, the user drags the icon for the file or diskette to the Trash. However, until the user shuts down the system or chooses the menu option "Empty Trash," a file in the Trash is not actually deleted; the user can retrieve it by double-clicking the Trash icon and dragging the file's icon out of the resulting window. *Compare* Recycle Bin.

**traverse** \trə-vərs´\ *vb.* In programming, to access in a particular order all of the nodes of a tree or similar data structure.

**tree** \trē\ *n.* A data structure containing zero or more nodes that are linked together in a hierarchical fashion. If there are any nodes, one node is the root; each node except the root is the child of one and only one other node; and each node has zero or more nodes as children. *See also* child (definition 2), graph, leaf, node (definition 3), parent/child (definition 2), root.

**tree network** \trē´ net´wərk\ *n.* A topology for a local area network (LAN) in which one machine is connected to one or more other machines, each of which is connected to one or more others, and so on, so that the structure formed by the network resembles that of a tree. See the illustration. *See also* bus network, distributed network, ring network, star network, token ring network, topology.

**tree search** \trē´ sərch\ *n.* A search procedure performed on a tree data structure. At each step



*Tree network.*

of the search, a tree search is able to determine, by the value in a particular node, which branches of the tree to eliminate, without searching those branches themselves. *See also* branch (definition 1), tree structure.

**tree structure** \trē´ struk´chur\ *n.* Any structure that has the essential organizational properties of a tree. *See also* tree.

**trellis-coded modulation** \trel´is-kō-dəd mo-dyə-lā´shən, moj´ə-lā´shən\ *n.* An enhanced form of quadrature amplitude modulation that is used by modems that operate at or above 9,600 bits per second and encodes information as unique sets of bits associated with changes in both the phase and amplitude of the carrier, as well as using extra signal points for error-checking bits. *Acronym:* TCM (T´C-M´). *See also* quadrature amplitude modulation.

**trichromatic** \trī´krə-mat´ik\ *adj.* Of, pertaining to, or characteristic of a system that uses three colors (red, green, and blue in computer graphics) to create all other colors. *See also* color model.

**trigger** \trig´ər\ *n.* In a database, an action that causes a procedure to be carried out automatically when a user attempts to modify data. A trigger can instruct the database system to take a specific action, depending on the particular change attempted. Incorrect, unwanted, or unauthorized changes can thereby be prevented, helping to maintain the integrity of the database.

**trigonometry** \trig´ə-nom´ə-trē\ *n.* The branch of mathematics dealing with arcs and angles, expressed in functions (for example, sine and cosine) that show relationships—for example, between two sides of a right triangle or between two complementary angles.

GOOG-WSOU572-CC-000022

# Microsoft Press®
# Computer
# Dictionary
## Third Edition

**The Comprehensive
Standard for Business,
School, Library, and Home**

MICROSOFT PRESS COMPUTER DICTIONARY, THIRD EDITION, is the
authoritative source of definitions for computer terms,
concepts, and acronyms—from the world's most respected
computer software company. With more than 7,600 entries—
2,300 of which are new—this comprehensive standard
has been completely updated and revised to cover the
most recent trends in computing, including extensive
coverage of Internet, Web, and intranet-related terms. The
definitions are based on the ways the terms are used in
the real world today. Extensively illustrated, the Third
Edition now offers a more professional, traditional-
dictionary format for maximum utility and ease of use.

Key facts that make the new
MICROSOFT PRESS COMPUTER
DICTIONARY, THIRD EDITION, one of
the finest references of its kind
you can use:

* In addition to terms and
  technology developed at
  Microsoft, the dictionary
  thoroughly covers other
  products and technologies
  in the computing industry
  (PC, Macintosh®, and Unix
  terminology), plus words
  illustrating mathematical,
  mainframe, network, and
  programming concepts.

* It's a real dictionary. You'll find
  pronunciation guides, parts
  of speech, and definitions.

* Online updates are available
  every quarter on the Microsoft
  Press Web site.

*"The must-have computer
resource."*
—Compute

| | |
|---|---|
| **U.S.A.** | **$34.99** |
| U.K. | £32.48 |
| Canada | $48.99 |

X002KHKW37
Microsoft Press
Computer Dictionary
**New**

*Computers/General Reference*

# **Microsoft** Press

GOOG-WSOU572-CC-000023