# EXHIBIT #5

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**

# DICTIONARY OF COMPUTING

FOURTH EDITION

S.M.H. Collin

PETER COLLIN PUBLISHING

GOOG-WSOU572-CC-000073

Fourth edition published 2002
Third edition published 1998
Second edition published 1994
First published in Great Britain 1988

Published by Peter Collin Publishing, an imprint of
Bloomsbury Publishing Plc
38 Soho Square, London W1D 3HB
© Copyright S.M.H. Collin, 1988, 1994, 1998, 2002

All rights reserved. No part of this publication may
be reproduced in any form or by any means without the
permission of the publishers.

**British Library Cataloguing-in-Publication Data**

A catalogue record for this book is available from the British Library

ISBN 1-901659-46-1

Text computer typeset by PCP
Printed and bound in Italy by Legoprint
Cover artwork by Gary Weston

GOOG-WSOU572-CC-000074

This material may be protected by Copyright law (Title 17 U.S. Code)

**trace** *noun* method of verifying that a program is functioning correctly, in which the current status and contents of the registers and variables used are displayed after each instruction step; **trace program** = diagnostic program which executes a program that is being debugged, one instruction at a time, displaying the states and registers; **trace trap** = selective breakpoint where a tracing program stops, allowing registers to be examined

**traceroute** software utility that finds and displays the route taken for data travelling between your computer and a distant server on the Internet

COMMENT: The display shows the different servers that your data travels through, together with the time taken to travel between each server (called a hop). Traceroute works by sending out a time-to-live (TTL) query data packet to the distant server; it starts by sending out packets with a very low time-to-live, then gradually increasing the length of time that the packet can survive until one is returned by the host - this then provides the lowest time it will take to reach the host. Windows includes a traceroute utility: 'tracert'.

**tracing** *noun* function of a graphics program that takes a bitmap image and processes it to find the edges of the shapes and so convert these into a vector line image that can be more easily manipulated

**track 1** *noun* one of a series of thin concentric rings on a magnetic disk *or* thin lines on a tape, which the read/write head accesses and along which the data is stored in separate sectors; **address track** = track on a magnetic disk containing the address of files, etc., stored on the other tracks; **track address** = location of a particular track on a magnetic disk; **tracks per inch (TPI)** = number of concentric data tracks on a disk surface per inch **2** *verb* to follow a path *or* track correctly; *the read head is not tracking the recorded track correctly; the video tape player head is out of alignment and the tracking is wrong*

COMMENT: the first track on a tape is along the edge and the tape may have up to nine different tracks on it, while a disk has many concentric tracks around the central hub; the track and sector addresses are set-up during formatting

**trackball** *noun* device used to move a cursor on-screen, which is controlled by turning a ball contained in a case

**tracks, minutes, seconds, frames** *see* TMSF TIME FORMAT

**tractor feed** *noun* method of feeding paper into a printer, where sprocket wheels on the printer connect with the sprocket holes on either edge of the paper to pull the paper through

QUOTE: the printer is fairly standard with both tractor and cut sheet feed system
*Which PC?*

**traffic** *noun* term covering all the messages and other signals processed by a system *or* carried by a communications link; *our Ethernet network begins to slow down if the traffic reaches 60 per cent of the bandwidth*; **incoming traffic** = data and messages received; **traffic analysis** = study of the times, types and quantities of messages and signals being processed by a system; **traffic density** = number of messages and data transmitted over a network *or* system in a period of time; **traffic intensity** = ratio of messages entering a queue against those leaving the queue within a certain time

**trail** *noun* line followed by something; **audit trail** = recording details of the use made of a system by noting transactions carried out (used for checking on illegal use *or* malfunction)

**trailer** *noun* final byte of a file containing control *or* file characteristics; **trailer record** = last record in a file containing control *or* file characteristics

**transaction** *noun* one single action which affects a database (a sale, a change of address, a new customer, etc.); **transaction-driven system (TDS)** = computer system that will normally run batch processing tasks until interrupted by a new transaction, at which point it allocates resources to the transaction; **transaction file** *or* **change file** *or* **detail file** *or* **movement file** = file containing recent changes *or* transactions to records which is then used to update a master file; **transaction**

GOOG-WSOU572-CC-000075