# EXHIBIT #6

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**

# WILEY ELECTRICAL AND ELECTRONICS ENGINEERING DICTIONARY

**Steven M. Kaplan**
Lexicographer



**IEEE PRESS**



A JOHN WILEY & SONS, INC., PUBLICATION

GOOG-WSOU572-CC-000230

Copyright © 2004 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representation or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of | merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 877-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print, however, may not be available in electronic format.

*Library of Congress Cataloging-in-Publication Data is available.*

Kaplan, Steven M.

Wiley Electrical and Electronics Engineering Dictionary

ISBN 0-471-40224-9

Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1

This material may be protected by Copyright law (Title 17 U.S. Code)

**tracking generator**  An instrument which can manipulate a signal, so as to change its otherwise linear or sinusoidal waveform, into one that tracks another given shape, such as that of an oscillator which produces square or sawtooth waves, while maintaining the sweeps synchronized.

**tracking mode**  An operational mode in which a component, circuit, device, piece of equipment, system, or mechanism follows the actions, movements, variations, or the like of something else, while making corresponding adjustments.

**trackpad**  Same as **touchpad**.

**tracks per inch**  A measure of the density of the **tracks (3)** on a disk or tape.  Some disks, for instance, have hundreds of thousands of tracks per inch of surface.  Its abbreviation is **TPI**, or **tpi**.

**TRACON**  Acronym for **terminal radar approach control**.

**tractor feed**  A method or mechanism for moving papers, or other appropriate mediums, through a printer by using pins which are mounted on wheels on each side of the printer.  The medium being utilized must have holes which match the pins.  This contrasts with a **friction feed**, in which the medium is advanced while pinched between rollers.

**traffic**  **1.** The volume of users, messages, transmissions, or the like present within a communications network at a given moment.  This may refer to telephone calls connected, data being downloaded, emails being received, faxes being sent, and so on.  **2.** The volume of data being transmitted over a communications network at a given moment.  **3.** The volume of users utilizing a communications network at a given moment.  **4.** The volume of users accessing a Web site at a given moment.  **5.** The **traffic (1)**, **traffic (2)**, **traffic (3)**, or **traffic (4)**, for a stated time period, such as a second, minute, hour, day, month, year, and so on.

**traffic intensity**  A measure, such as that taken during peak hours, which indicates the level of usage a communications network is capable of.  It may consist, for example, of a determination of the number of connections that can be reliably maintained simultaneously.

**traffic management**  The measures taken to monitor and control the traffic of a communications network.  Used, for example, to avoid situations of excessive congestion.  Widely utilized, for instance, in ATM.  Also called **network traffic management**.

**trailer**  **1.** A section of nonmagnetic tape, usually plastic, which is affixed to the end of a length of recording tape.  A section attached at the beginning of a tape is called a **leader (1)**.  **2.** In communications, the last part of a message, packet, or the like.  Such a trailer, for instance, may incorporate error-checking data.

**trailer label**  **1.** A label, such as that consisting of a block, identifying the last record within a file, such as that stored on a tape.  **2.** A label identifying the last data unit, or the end of a transmission of data.  For example, an end-of-data mark.

**trailing antenna**  An antenna which hangs from the rear of an aircraft.  Formerly utilized to extend the range of communications to and from aircraft so equipped.

**trailing edge**  Also called **tail (3)**.  **1.** The portion of a pulse waveform which first decreases in amplitude.  That is, the falling portion.  The portion which first increases is the **leading edge (1)**.  **2.** The latter portion of a pulse or signal.  The initial part is called **leading edge (2)**.

**train**  A comparatively long line or sequence, such as a pulse train, or a large succession of events, components, or the like.

**trans**  **1.** Abbreviation of **transaction**.  **2.** Abbreviation of **transverse**.

**transaction**  Its abbreviation is **trans**.  An event or activity in which something is exchanged between two entities, or which elicits a corresponding action.  For example, a command which calls for a processing action, an exchange between a user and an interactive system, a change in a record which updates a master file, or an online or point-of-sale purchase.

**transaction file**  A file containing **transaction records**.  Also called **change file**.

**transaction monitor**  Same as **TP monitor**.

**transaction processing**  The processing of transactions the instant each is received by, or entered into, a computer system.  Online transaction processing not only maintains all master files constantly current, it also enables entering or retrieving information without delays in either process.  Used, for instance in mail order businesses which have multiple locations which accept Internet, telephone, and fax orders.  Also called **online transaction processing**, or **real-time transaction processing**.

**transaction processing monitor**  Same as **TP monitor**.

**transaction record**  In a computer database, a record which changes information in the corresponding master file.  Also called **change record**.

**Transaction Tracking System**  A system that protects data by undoing incomplete transactions due to software and/or hardware failures.  When a transaction is undone, data is returned to its previous state.  Its abbreviation is TTS.

**transactions per minute**  A performance measure which indicates the number of transactions, such as those a database server can perform, per minute.  Its abbreviation is TPM.

**transactions per second**  A performance measure which indicates the number of transactions, such as those a database server can perform, per second.  Its abbreviation is TPM.

**transadmittance**  In a circuit or device, the ratio of the output current to the input voltage, when one or both values may have an imaginary number component.

**transceiver**  Acronym for **transmitter-receiver**.  **1.** A unit which combines a radio transmitter and a receiver in the same housing, usually sharing certain circuits and components.  **2.** A device which combines the functions of transmitter and a receiver.  For example, that which enables a computer to both transmit and receive signals to and from a communications network.  **3.** A device which both transmits and receives, as opposed to just performing either function.  For example, a two-way pager.

**transcendental number**  A number, such as $\pi$ or e, which is not the root of a polynomial equation with integer coefficients.

**transcode**  To convert from one code or format to another.  For example, to convert analog music into digitally encoded music, or to change from one digital music format to another.

**transconductance**  Also called **mutual conductance**.  **1.** For an amplifying device, such as a transistor or an electron tube, the ratio of the change in output current to the change in input current.  For example, in a tube, it is the ratio of the change in plate current to the change in grid voltage, with the plate voltage held constant.  Usually expressed in multiples of siemens or mhos.  **2.** For a component, circuit, or device, the ratio of the output current to the input current.

**transconductance amplifier**  Also called **operational transconductance amplifier**.  **1.** An amplifier which converts its input voltage into an output current proportional to said voltage.  **2.** A differential amplifier which converts the difference between its input voltages into an output current proportional to said difference.

**transcribe**  **1.** To copy or transfer data from one medium or another, performing the necessary conversions, such as those involving formatting, to the new medium.  **2.** To re-

GOOG-WSOU572-CC-000232