# EXHIBIT #7

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**



Find products, advice, tech news

Home > Encyclopedia > A

# access network

Search PCMag Encyclopedia

**BROWSE ENCYCLOPEDIA**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

A network that connects directly to the end user or customer. Access networks connect to the "backbone," which is a network made up of high-speed lines between major switching points. The switching points could be buildings on a campus or cities in a country.

GOOG-WSOU572-CC-000069



THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction requires permission.
Copyright © 1981- 2021. The Computer Language Co Inc. All rights reserved.

**PC Magazine Digital Edition** Get 67% Off Newsstand Price →

**PCMag Newsletters** Our Best Stories in Your Inbox →

**Follow PCMag**

f  🐦  📘  G  📷  📌

*HONEST, OBJECTIVE REVIEWS*

PCMag.com is a leading authority on technology, delivering Labs-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

How We Test     Editorial Principles

Reviews                                    Best Products

Categories                                 Brands

Events                                     Series

Encyclopedia                               Sitemap

About PCMag                                Careers

Contact Us                                 Press Center

© 1996-2021 ZIFF DAVIS, LLC. PCMAG DIGITAL GROUP

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis, LLC and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

About Ziff Davis                           Privacy Policy
Terms of Use                               Advertise
Accessibility                              Do Not Sell My Personal Information

AdChoices






askmen®   ExtremeTech   IGN

Mashable   Offers.com™

SPEEDTEST   techbargains

GOOG-WSOU572-CC-000072