# EXHIBIT #10

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**

# Collins
# Dictionary

PIONEERS IN DICTIONARY PUBLISHING SINCE 1819

GOOG-WSOU582-CC-000007

HarperCollins Publishers
Westerhill Road
Bishopbriggs
Glasgow
G64 2QT

Eleventh edition 2011

Reprint 10 9 8 7 6 5 4 3 2 1 0

© William Collins Sons & Co. Ltd 1979, 1986
© HarperCollins Publishers 1991, 1994 (Third updated edition),
1998, 2000, 2003, 2005, 2006, 2007, 2009, 2010, 2011

UK EDITION
ISBN 978-0-00-743786-3

AUSTRALIAN EDITION
ISBN 978-0-00-744523-3

NEW ZEALAND EDITION
ISBN 978-0-00-744522-6

Collins® is a registered trademark of
HarperCollins Publishers Limited

www.collinslanguage.com

A catalogue record for this book is available
from the British Library

Designed by Wolfgang Homola

Typeset by Davidson Publishing Solutions, Glasgow

Printed and bound in Italy by LEGO Spa, Lavis (Trento)

### Acknowledgements
We would like to thank those authors and publishers who kindly gave permission for copyright material to be used in the Collins corpus. We would also like to thank Times Newspapers Ltd for providing valuable data.

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission in writing of the Publisher. This book is sold subject to the conditions that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser.

Entered words that we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor absence of such designation should be regarded as affecting the legal status of any trademark.

HarperCollins does not warrant that www.collinsdictionary.com, www.collinslanguage.com or any other website mentioned in this title will be provided uninterrupted, that any website will be error free, that defects will be corrected, or that the website or the server that makes it available are free of viruses or bugs. For full terms and conditions please refer to the site terms provided on the website.

### About the type
This dictionary is typeset in CollinsFedra, a special version of the Fedra family of types designed by Peter Bil'ak. CollinsFedra has been customized especially for Collins dictionaries; it includes both sans serif (for headwords) and serif (entries) versions, in several different weights. Its large x-height, its open 'eye', and its basis in the tradition of humanist letterforms make CollinsFedra both familiar and easy to read at small sizes. It has been designed to use the minimum space without sacrificing legibility, as well as including a number of characters and signs that are specific to dictionary typography. Its companion phonetic type is the first of its kind to be drawn according to the same principles as the regular typeface, rather than assembled from rotated and reflected characters from other types. Peter Bil'ak (born 1973, Slovakia) is a graphic and type designer living in the Netherlands. He is the author of two books, Illegibility and Transparency. As well as the Fedra family, he has designed several other typefaces including Eureka. His typotheque.com website has become a focal point for research and debate around contemporary type design.

GOOG-WSOU582-CC-000008

This material may be protected by Copyright law (Title 17 U.S. Code)

Broadcasting Authority **10** *law* **a** a judicial decision, statute, or rule of law that establishes a principle; precedent **b** legal permission granted to a person to perform a specified act
* ETYMOLOGY C14: from French *autorité*, from Latin *auctōritas*, from *auctor* AUTHOR

**authorize** or **authorise** ('ɔːθəˌraɪz) *vb* (*tr*) **1** to confer authority upon (someone to do something); empower **2** to permit (someone to do or be something) with official sanction: *a dealer authorized by a manufacturer to retail his products* ▷ ˌauthoriˈzation or ˌauthoriˈsation *n* ▷ ˈauthorˌizer or ˈauthorˌiser *n*

**Authorized Version** *n* the Authorized Version an English translation of the Bible published in 1611 under James I. Also known as the: King James Version, King James Bible

**authorship** ('ɔːθəʃɪp) *n* **1** the origin or originator of a written work, plan, etc: *a book of unknown authorship* **2** the profession of writing books

**Auth. Ver.** *abbreviation* Authorized Version (of the Bible)

**autism** ('ɔːtɪzəm) *n psychiatry* abnormal self-absorption, usually affecting children, characterized by lack of response to people and actions and limited ability to communicate ▷ auˈtistic *adj, n*
* ETYMOLOGY C20: from Greek *autos* self + -ISM
* USAGE Rather than talking about *an autistic* or *autistics*, it is better to use phrases such as *a person with autism* and *people with autism*

**autistic-spectrum disorder** *n psychiatry* any disorder within the spectrum of autism, such as Asperger's syndrome, characterized by impairment in communication, social interaction, and flexibility of thinking and behaviour. Abbreviation: ASD

**auto** ('ɔːtəʊ) *n, pl* -tos *US and Canadian informal* **1 a** short for **automobile** **b** (*as modifier*): *auto parts* **2** *Indian informal* short for **autorickshaw**

**auto-** or (*sometimes before a vowel*) **aut-** *combining form* **1** self; same; of or by the same one: *autobiography* **2** acting from or occurring within; self-caused: *autohypnosis* **3** self-propelling; automatic: *automobile*
* ETYMOLOGY from Greek *autos* self

**autoallogamy** (ˌɔːtəʊəˈlɒɡəmɪ) *n* the ability of some plants of a species to cross-pollinate and others to self-pollinate

**autoantibody** (ˌɔːtəʊˈæntɪˌbɒdɪ) *n, pl* -bodies an antibody reacting with an antigen that is a part of the organism in which the antibody is formed

**autobahn** ('ɔːtəˌbɑːn) *n* a motorway in German-speaking countries
* ETYMOLOGY from German, from *Auto* car + *Bahn* road

**autobiographical** (ˌɔːtəˌbaɪəˈɡræfɪkəl) *adj* **1** of or concerned with one's own life **2** of or relating to an autobiography ▷ ˌautobioˈgraphically *adv*

**autobiography** (ˌɔːtəʊbaɪˈɒɡrəfɪ, ˌɔːtəbaɪ-) *n, pl* -phies an account of a person's life written or otherwise recorded by that person ▷ ˌautoˈbiographer *n*

**autocade** ('ɔːtəʊˌkeɪd) *n US* another name for **motorcade**

**autocatalysis** (ˌɔːtəʊkəˈtælɪsɪs) *n, pl* -ses (-ˌsiːz) the catalysis of a reaction in which the catalyst is one of the products of the reaction

**autocephalous** (ˌɔːtəʊˈsɛfələs) *adj* **1** (of an Eastern Christian Church) governed by its own national synods and appointing its own patriarchs or prelates **2** (of a bishop) independent of any higher governing body ▷ autocephalic (ˌɔːtəʊsɪˈfælɪk) *adj* ▷ ˌautoˈcephaly *n*

**autochanger** ('ɔːtəʊˌtʃeɪndʒə) *n* **1** a device in a record player that enables a small stack of records to be dropped automatically onto the turntable one at a time and played separately **2** a record player with such a device

**autochthon** (ɔːˈtɒkθən, -θɒn) *n, pl* -thons or -thones (-θəˌniːz) **1** (*often plural*) one of the earliest known inhabitants of any country; aboriginal **2** an animal or plant that is native to a particular region
* ETYMOLOGY C17: from Greek *autokhthōn* from the earth itself, from AUTO- + *khthōn* the earth

**autochthonous** (ɔːˈtɒkθənəs), **autochthonic** (ˌɔːtɒkˈθɒnɪk), or **autochthonal** *adj* **1** (of rocks, deposits, etc) found where they and their constituents were formed. Compare **allochthonous** **2** inhabiting a place or region from earliest known times; aboriginal **3** *physiol* (of some functions, such as heartbeat) originating within an organ rather than from external stimulation ▷ auˈtochthonism or auˈtochthony *n* ▷ auˈtochthonously *adv*

**autocidal** (ˌɔːtəʊˈsaɪdəl) *adj* (of insect pest control) effected by the introduction of sterile or genetically altered individuals into the wild population

**autoclave** ('ɔːtəˌkleɪv) *n* **1** a strong sealed vessel used for chemical reactions at high pressure **2** an apparatus for sterilizing objects (esp surgical instruments) or for cooking by means of steam under pressure **3** *civil engineering* a vessel in which freshly cast concrete or sand-lime bricks are cured very rapidly in high-pressure steam ▷ *vb* **4** (*tr*) to put in or subject to the action of an autoclave
* ETYMOLOGY C19: from French AUTO- + *-clave*, from Latin *clāvis* key

**autocorrelation** (ˌɔːtəʊˌkɒrɪˈleɪʃən) *n statistics* the condition occurring when successive items in a series are correlated so that their covariance is not zero and they are not independent. Also called: serial correlation

**autocracy** (ɔːˈtɒkrəsɪ) *n, pl* -cies **1** government by an individual with unrestricted authority **2** the unrestricted authority of such an individual **3** a country, society, etc, ruled by an autocrat

**autocrat** ('ɔːtəˌkræt) *n* **1** a ruler who possesses absolute and unrestricted authority **2** a domineering or dictatorial person

**autocratic** (ˌɔːtəˈkrætɪk) *adj* **1** of or relating to an absolute and unrestricted ruler **2** domineering or dictatorial ▷ autoˈcratically *adv*

**autocross** ('ɔːtəʊˌkrɒs) *n* a form of motor sport in which cars race over a half-mile circuit of rough grass. See also **motocross, rallycross**

**Autocue** ('ɔːtəʊˌkjuː) *n trademark* an electronic television prompting device whereby a prepared script, unseen by the audience, is enlarged line by line for the speaker. US and Canadian name (trademark): Teleprompter

**autocutie** (ˈɔːtəʊˌkjuːtɪ) *n informal* a young and attractive but inexperienced female television presenter
* ETYMOLOGY C20: from AUTOCUE + CUTIE

**autocycle** ('ɔːtəʊˌsaɪkəl) *n obsolete* a bicycle powered or assisted by a small engine

**auto-da-fé** (ˌɔːtəʊdəˈfeɪ) *n, pl* autos-da-fé **1** *history* a ceremony of the Spanish Inquisition including the pronouncement and execution of sentences passed on sinners or heretics **2** the burning to death of people condemned as heretics by the Inquisition
* ETYMOLOGY C18: from Portuguese, literally: act of the faith

**autodestruct** (ˌɔːtəʊdɪˈstrʌkt) *adj also* **autodestructive 1** likely to or possessing the power to destroy or obliterate itself or its possessor: *autodestruct mechanism* ▷ *vb* (*intr*) **2** (of a missile, machine, etc) to destroy itself

**autodidact** ('ɔːtəʊˌdaɪdækt) *n* a person who is self-taught ▷ ˌautodiˈdactic *adj*
* ETYMOLOGY C16: from Greek *autodidaktos* self-taught, from *autos* self + *didaskein* to teach

**autodyne** ('ɔːtəʊˌdaɪn) *adj electronics* denoting or relating to an electrical circuit in which the same elements and valves are used as oscillator and detector

**autoecious** or *sometimes US* **autecious** (ɔːˈtiːʃəs) *adj* **1** (of parasites, esp the rust fungi) completing the entire life cycle on a single species of host. Compare **heteroecious 2** (of plants, esp mosses) having male and female reproductive organs on the same plant ▷ auˈtoecism or *sometimes US* auˈtecism *n*
* ETYMOLOGY C19: from AUTO- + *-oecious*, from Greek *oikia* house

**autoeroticism** (ˌɔːtəʊɪˈrɒtɪˌsɪzəm) or **autoerotism** (ˌɔːtəʊˈɛrəˌtɪzəm) *n psychol* the arousal and use of one's own body as a sexual object, as through masturbation ▷ ˌautoeˈrotic *adj*

**autoexposure** (ˌɔːtəɪkˈspəʊʒə) *n* another name for **automatic exposure**

**autofocus** ('ɔːtəʊˌfəʊkəs) *n* another name for **automatic focus**

**autogamy** (ɔːˈtɒɡəmɪ) *n* **1** self-fertilization in flowering plants **2** a type of sexual reproduction, occurring in some protozoans, in which the uniting gametes are derived from the same cell ▷ auˈtogamous or autogamic (ˌɔːtəˈɡæmɪk) *adj*

**autogenesis** (ˌɔːtəʊˈdʒɛnɪsɪs) or **autogeny** (ɔːˈtɒdʒɪnɪ) *n* another word for **abiogenesis** (sense 1) ▷ autogenetic (ˌɔːtəʊdʒɪˈnɛtɪk) *adj*

**autogenic training** (ˌɔːtəʊˈdʒɛnɪk) *n* a technique for reducing stress through mental exercises to produce physical relaxation. Also called: autogenics

**autogenous** (ɔːˈtɒdʒɪnəs) *adj* **1 a** originating within the body. Compare **heterogenous b** denoting a vaccine made from bacteria obtained from the patient's own body **2** self-generated; self-produced **3** denoting a weld in which the filler metal and the parent metal are of similar composition ▷ auˈtogenously *adv*

**autogiro** or **autogyro** (ˌɔːtəʊˈdʒaɪrəʊ) *n, pl* -ros a self-propelled aircraft supported in flight mainly by unpowered rotating horizontal blades. Also called: gyroplane. Compare **helicopter**
* ETYMOLOGY C20: originally a trademark

**autograft** ('ɔːtəˌɡrɑːft) *n surgery* a tissue graft obtained from one part of a patient's body for use on another part

**autograph** ('ɔːtəˌɡrɑːf, -ˌɡræf) *n* **1 a** a handwritten signature, esp that of a famous person **b** (*as modifier*): *an autograph album* **2** a person's handwriting **3 a** a book, document, etc, handwritten by its author; original manuscript; holograph **b** (*as modifier*): *an autograph letter* ▷ *vb* (*tr*) **4** to write one's signature on or in; sign **5** to write with one's own hand ▷ autographic (ˌɔːtəˈɡræfɪk) or ˌautoˈgraphical *adj* ▷ ˌautoˈgraphically *adv*
* ETYMOLOGY C17: from Late Latin, from Greek *autographos*, from *autos* self + *graphein* to write

**autography** (ɔːˈtɒɡrəfɪ) *n* **1** the writing of something in one's own handwriting; something handwritten **2** the precise reproduction of an illustration or of writing

**Autoharp** ('ɔːtəʊˌhɑːp) *n trademark* a zither-like musical instrument used in country-and-western music, equipped with button-controlled dampers that can prevent selected strings from sounding, thus allowing chords to be played. It is plucked with the fingers or a plectrum

**autohypnosis** (ˌɔːtəʊhɪpˈnəʊsɪs) *n psychol* the process or result of self-induced hypnosis ▷ autohypnotic (ˌɔːtəʊhɪpˈnɒtɪk) *adj* ▷ ˌautohypˈnotically *adv*

**autoicous** (ɔːˈtɔɪkəs) *adj* (of plants, esp mosses) having male and female reproductive organs on the same plant
* ETYMOLOGY C19: from AUTO- + Greek *oikos* dwelling

**autoimmune** (ˌɔːtəʊɪˈmjuːn) *adj* (of a disease) caused by the action of antibodies produced against substances normally present in the body ▷ ˌautoimˈmunity *n*

**autoinfection** (ˌɔːtəʊɪnˈfɛkʃən) *n* infection by a pathogenic agent already within the body or infection transferred from one part of the body to another

**autoinoculation** (ˌɔːtəʊɪˌnɒkjʊˈleɪʃən) *n* the inoculation of microorganisms (esp viruses) from one part of the body into another, usually in the form of a vaccine

**autointoxication** (ˌɔːtəʊɪnˌtɒksɪˈkeɪʃən) *n* self-poisoning caused by absorption of toxic products originating within the body. Also called: autotoxaemia

**autoionization** or **autoionisation** (ˌɔːtəʊˌaɪənaɪˈzeɪʃən) *n physics* the process in which spontaneous decay of excited atoms or molecules results in emission of electrons, rather than photons

**autojumble** ('ɔːtəʊˌdʒʌmbəl) *n* a sale of second-hand car parts, esp for car enthusiasts

**autokinetic** (ˌɔːtəʊkɪˈnɛtɪk, -kaɪ-) *adj* automatically self-moving

**autokinetic phenomenon** *n psychol* the apparent movement of a fixed point of light when observed in a darkened room. The effect is produced by small eye movements for which the brain is unable to compensate, having no other reference points

**autoloading** (ˈɔːtəʊˌləʊdɪŋ) *adj* self-loading

**autologous** (ɔːˈtɒləgəs) *adj* (of a tissue graft, blood transfusion, etc) originating from the recipient rather than from a donor

**Autolycus¹** (ɔːˈtɒlɪkəs) *n* a crater in the NW quadrant of the moon about 38 km in diameter and 3000 m deep

**Autolycus²** (ɔːˈtɒlɪkəs) *n Greek myth* a thief who stole cattle from his neighbour Sisyphus and prevented him from recognizing them by making them invisible

**autolyse** or *US* **autolyze** (ˈɔːtəˌlaɪz) *vb biochem* to undergo or cause to undergo autolysis

**autolysin** (ɔːtəˈlaɪsɪn, ɔːˈtɒlɪ-) *n* any agent that produces autolysis

**autolysis** (ɔːˈtɒlɪsɪs) *n* the destruction of cells and tissues of an organism by enzymes produced by the cells themselves ▸ **autolytic** (ˌɔːtəˈlɪtɪk) *adj*

⚫ ETYMOLOGY C20: via German from Greek *autos* self + *lusis* loosening, release

**automat** (ˈɔːtəˌmæt) *n* 1 Also called: **vending machine** a machine that automatically dispenses goods, such as cigarettes, when money is inserted 2 *chiefly US* an area or room, sometimes having restaurant facilities, where food and other goods are supplied from vending machines

**automata** (ɔːˈtɒmətə) *n* a plural of **automaton**

**automata theory** *n* the formal study of the power of computation of abstract machines

**automate** (ˈɔːtəˌmeɪt) *vb* to make (a manufacturing process, factory, etc) automatic, or (of a manufacturing process, etc) to be made automatic

**automated teller machine** *n* a computerized cash dispenser. Abbreviation: ATM

**automatic** (ˌɔːtəˈmætɪk) *adj* 1 performed from force of habit or without conscious thought; lacking spontaneity; mechanical: *an automatic smile* 2 a (of a device, mechanism, etc) able to activate, move, or regulate itself b (of an act or process) performed by such automatic equipment 3 (of the action of a muscle, gland, etc) involuntary or reflex 4 occurring as a necessary consequence: *promotion is automatic after a year* 5 (of a firearm) a utilizing some of the force of or gas from each explosion to eject the empty shell case, replace it with a new one, and fire continuously until release of the trigger. Compare **semiautomatic** (sense 2) b short for **semiautomatic** (sense 2). See also **machine** (sense 5) ▷ *n* 6 an automatic firearm 7 a motor vehicle having automatic transmission 8 a machine that operates automatically ▸ **auto'matically** *adv* ▸ **automaticity** (ˌɔːtəʊməˈtɪsɪtɪ) *n*

⚫ ETYMOLOGY C18: from Greek *automatos* acting independently

**automatic camera** *n* a camera in which the lens aperture or the shutter speed or both are automatically adjusted to the prevailing conditions

**automatic door** *n* a self-opening door

**automatic exposure** *n* the automatic adjustment of the lens aperture and shutter speed of a camera by a control mechanism. Also called: **autoexposure**

**automatic focus** *n* a a system in a camera which automatically adjusts the lens so that the object being photographed is in focus, often one using infrared light to estimate the distance of the object from the camera b (*as modifier*): *automatic-focus lens*. Abbreviation: AF. Also called: **autofocus**

**automatic frequency control** *n* a system in a radio or television receiver by which the tuning of an incoming signal is accurately maintained. Abbreviation: AFC

**automatic gain control** *n* control of a radio receiver in which the gain varies inversely with the magnitude of the input, thus maintaining the output at an approximately constant level. Abbreviation: AGC

**automatic pilot** *n* 1 Also called: **autopilot** a device that automatically maintains an aircraft on a preset course 2 **on automatic pilot** *informal* acting without conscious thought because of tiredness, shock, or familiarity with the task being performed

**automatic repeat** *n* a key on the keyboard of a typewriter, computer, etc, which, when depressed continuously, produces the character repeatedly until the key is released

**automatic transmission** *n* a transmission system in a motor vehicle, usually incorporating a fluid clutch, in which the gears change automatically

**automatic vending** *n* selling goods by vending machines

**automation** (ˌɔːtəˈmeɪʃən) *n* 1 the use of methods for controlling industrial processes automatically, esp by electronically controlled systems, often reducing manpower 2 the extent to which a process is so controlled

**automatism** (ɔːˈtɒməˌtɪzəm) *n* 1 the state or quality of being automatic; mechanical or involuntary action 2 *law, philosophy* the explanation of an action, or of action in general, as determined by the physiological states of the individual, admissible in law as a defence when the physiological state is involuntary, as in sleepwalking 3 *psychol* the performance of actions, such as sleepwalking, without conscious knowledge or control 4 the suspension of consciousness sought or achieved by certain artists and writers to allow free flow of uncensored thoughts ▸ **au'tomatist** *n*

**automatize** or **automatise** (ɔːˈtɒməˌtaɪz) *vb* to make (a process, etc) automatic or (of a process, etc) to be made automatic ▸ **au͵tomati'zation** or **au͵tomati'sation** *n*

**automaton** (ɔːˈtɒməˌtɒn, -tən) *n, pl* **-tons** or **-ta** (-tə) 1 a mechanical device operating under its own hidden power; robot 2 a person who acts mechanically or leads a routine monotonous life ▸ **au'tomatous** *adj*

⚫ ETYMOLOGY C17: from Latin, from Greek, from *automatos* spontaneous, self-moving

**autometer** (ɔːˈtəʊˌmiːtə) *n* a small device inserted in a photocopier to enable the process of copying to begin and to record the number of copies made

**automobile** (ˈɔːtəməˌbiːl) *n* another word (esp US) for **car** (sense 1) ▸ **automobilist** (ˌɔːtəməˈbiːlɪst, -ˈməʊbɪlɪst) *n*

**automobilia** (ˌɔːtəməˈbiːlɪə) *pl n* items connected with cars and motoring of interest to the collector

**automotive** (ˌɔːtəˈməʊtɪv) *adj* 1 relating to motor vehicles 2 self-propelling

**autonomic** (ˌɔːtəˈnɒmɪk) *adj* 1 occurring involuntarily or spontaneously 2 of or relating to the autonomic nervous system 3 Also: **autonomous** (of plant movements) occurring as a result of internal stimuli ▸ **auto'nomically** *adv*

**autonomic nervous system** *n* the section of the nervous system of vertebrates that controls the involuntary actions of the smooth muscles, heart, and glands. It has two divisions: the sympathetic and the parasympathetic. Compare **somatic nervous system**

**autonomics** (ˌɔːtəˈnɒmɪks) *n* (*functioning as singular*) *electronics* the study of self-regulating systems for process control

**autonomous** (ɔːˈtɒnəməs) *adj* 1 (of a community, country, etc) possessing a large degree of self-government 2 of or relating to an autonomous community 3 independent of others 4 *philosophy* a acting or able to act in accordance with rules and principles of one's own choosing b (in the moral philosophy of Kant, of an individual's will) directed to duty rather than to some other end. Compare **heteronomous** (sense 3). See also **categorical imperative** 5 *biology* existing as an organism independent of other organisms or parts 6 a variant spelling of **autonomic** (sense 3) ▸ **au'tonomously** *adv*

⚫ ETYMOLOGY C19: from Greek *autonomos* living under one's own laws, from AUTO- + *nomos* law

**autonomy** (ɔːˈtɒnəmɪ) *n, pl* **-mies** 1 the right or state of self-government, esp when limited 2 a state, community, or individual possessing autonomy 3 freedom to determine one's own actions, behaviour, etc 4 *philosophy* a the doctrine that the individual human will is or ought to be governed only by its own principles and laws. See also **categorical imperative** b the state in which one's actions are autonomous ▸ **au'tonomist** *n*

⚫ ETYMOLOGY C17: from Greek *autonomia* freedom to live by one's own laws; see AUTONOMOUS

**autophyte** (ˈɔːtəˌfaɪt) *n* an autotrophic plant, such as any green plant ▸ **autophytic** (ˌɔːtəˈfɪtɪk) *adj* ▸ **auto'phytically** *adv*

**autopilot** (ˌɔːtəˈpaɪlət, -təʊ-) *n* short for **automatic pilot**

**autopista** (ˌɔːtəˈpiːstə) *n* a Spanish motorway

⚫ ETYMOLOGY from Spanish: auto(mobile) track

**autoplasty** (ˈɔːtəˌplæstɪ) *n* surgical repair of defects by grafting or transplanting tissue from the patient's own body ▸ **auto'plastic** *adj*

**autopolyploid** (ˌɔːtəʊˈpɒlɪˌplɔɪd) *adj* 1 (of cells, organisms, etc) having more than two sets of haploid chromosomes inherited from a single species ▷ *n* 2 an organism or cell of this type ▸ See also **allopolyploid, polyploid** ▸ **auto'poly͵ploidy** *n*

**autopsy** (ˈɔːtəpsɪ, ɔːˈtɒp-) *n, pl* **-sies** 1 Also called: **necropsy, postmortem examination** dissection and examination of a dead body to determine the cause of death 2 an eyewitness observation 3 any critical analysis

⚫ ETYMOLOGY C17: from New Latin *autopsia*, from Greek: seeing with one's own eyes, from AUTO- + *opsis* sight

**autoput** (ˈɔːtəʊˌpʊt) *n* a motorway in the former Yugoslavia

⚫ ETYMOLOGY from Serbo-Croat: auto(mobile) road

**autoradiograph** (ˌɔːtəʊˈreɪdɪəˌgrɑːf, -ˌgræf) *n* a photograph showing the distribution of a radioactive substance in a specimen. The photographic plate is exposed by radiation from the specimen. Also called: **radioautograph** ▸ **autoradiographic** (ˌɔːtəʊˌreɪdɪəˈgræfɪk) *adj* ▸ **autoradiography** (ˌɔːtəʊˌreɪdɪˈɒgrəfɪ) *n*

**auto-repeat** *n* 1 *computing* a feature of computer keys whereby a character is generated repeatedly as long as the user holds down the key in question ▷ *vb* (*intr*) 2 *computing* (of a computer key) to go on automatically regenerating a character

**autorickshaw** (ˈɔːtəʊˈrɪkʃɔː) *n* (in India) a light three-wheeled vehicle driven by a motorcycle engine

**autorotation** (ˌɔːtəʊrəʊˈteɪʃən) *n* the continuous rotation of a body in an airflow, such as that of the rotor blades of a helicopter in an unpowered descent

**autoroute** (ˈɔːtəʊˌruːt) *n* a French motorway

⚫ ETYMOLOGY from French, from *auto* car + *route* road

**autosome** (ˈɔːtəˌsəʊm) *n* any chromosome that is not a sex chromosome ▸ **auto'somal** *adj*

**autospore** (ˈɔːtəʊˌspɔː) *n* a nonmotile algal spore that develops adult characteristics before being released

**autostability** (ˌɔːtəʊstəˈbɪlɪtɪ) *n* the property of being stable either as a result of inherent characteristics or of built-in devices

**autostrada** (ˈɔːtəʊˌstrɑːdə) *n* an Italian motorway

⚫ ETYMOLOGY from Italian, from *auto* car + *strada* road

**autosuggestion** (ˌɔːtəʊsəˈdʒɛstʃən) *n* a process of suggestion in which the person unconsciously supplies or consciously attempts to supply the means of influencing his own behaviour or beliefs ▸ **autosug'gestive** *adj*

**autotimer** (ˈɔːtəʊˌtaɪmə) *n* a device for turning a system on and off automatically at times predetermined by advance setting

**autotomize** or **autotomise** (ɔːˈtɒtəˌmaɪz) *vb* to cause (a part of the body) to undergo autotomy

**autotomy** (ɔːˈtɒtəmɪ) *n, pl* **-mies** the casting off by an animal of a part of its body, to facilitate escape when attacked ▸ **autotomic** (ˌɔːtəˈtɒmɪk) *adj*

**autotoxaemia** or *US* **autotoxemia** (ˌɔːtəʊtɒkˈsiːmɪə) *n* another name for **autointoxication**

**autotoxin** (ˌɔːtəˈtɒksɪn) *n* any poison or toxin formed in the organism upon which it acts. See **autointoxication** ▸ **auto'toxic** *adj*

**aeroplane spin** *n* a wrestling attack in which a wrestler lifts his opponent onto his shoulders and spins around, leaving the opponent dizzy

**aerosol** ('ɛərə,sɒl) *n* 1 a colloidal dispersion of solid or liquid particles in a gas; smoke or fog 2 a substance, such as a paint, polish, or insecticide, dispensed from a small metal container by a propellant under pressure 3 Also called: **air spray** such a substance together with its container
⊛ETYMOLOGY C20: from AERO- + SOL(UTION)

**aerospace** ('ɛərə,speɪs) *n* 1 the atmosphere and space beyond 2 (*modifier*) of or relating to rockets, missiles, space vehicles, etc, that fly or operate in aerospace: *the aerospace industry*

**aerosphere** ('ɛərə,sfɪə) *n archaic* the entire atmosphere surrounding the earth

**aerostat** ('ɛərə,stæt) *n* a lighter-than-air craft, such as a balloon ▷ **aero'static** *or* **aero'statical** *adj*
⊛ETYMOLOGY C18: from French *aérostat*, from AERO- + Greek -*statos* standing

**aerostatics** (,ɛərə'stætɪks) *n* (*functioning as singular*) 1 the study of gases in equilibrium and bodies held in equilibrium in gases. Compare **aerodynamics** 2 the study of lighter-than-air craft, such as balloons

**aerostation** ('ɛərə,steɪʃən) *n* the science of operating lighter-than-air craft

**aerostructure** ('ɛərəʊ,strʌktʃə) *n* any separately manufactured unit, component, or section of an aircraft or other vehicle capable of flight

**aerothermodynamics** (,ɛərəʊ,θɜːməʊdaɪ'næmɪks) *n* (*functioning as singular*) the study of the exchange of heat between solids and gases, esp the heating effect on aircraft flying through the air at very high speeds ▷ **aero,thermody'namic** *adj*

**aerugo** (ɪ'ruːgəʊ) *n* (esp of old bronze) another name for **verdigris** ▷ **aeruginous** (ɪ'ruːdʒɪnəs) *adj*
⊛ETYMOLOGY C18: from Latin, from *aes* copper, bronze

**aery**[1] ('ɛərɪ, 'eɪərɪ) *adj poetic* 1 a variant spelling of **airy** 2 lofty, insubstantial, or visionary
⊛ETYMOLOGY C16: via Latin from Greek *aërios*, from *aër* AIR

**aery**[2] ('ɛərɪ, 'ɪərɪ) *n, pl* **aeries** a variant spelling of **eyrie**

**Aeschylus** ('iːskələs) *n* ?525–?456 BC, Greek dramatist, regarded as the father of Greek tragedy. Seven of his plays are extant, including *Seven Against Thebes*, *The Persians*, *Prometheus Bound*, and the trilogy of the *Oresteia* ▷ **Aeschylean** (,iːskə'liːən) *adj*

**Aesculapian** (,iːskjʊ'leɪpɪən) *adj* of or relating to Aesculapius or to the art of medicine

**Aesculapius** (,iːskjʊ'leɪpɪəs) *n* the Roman god of medicine or healing. Greek counterpart: **Asclepius**

**Aesir** ('eɪsɪə) *pl n* the chief gods of Norse mythology dwelling in Asgard
⊛ETYMOLOGY Old Norse, literally: gods

**Aesop** ('iːsɒp) *n* ?620–564 BC, Greek author of fables in which animals are given human characters and used to satirize human failings ▷ **Ae'sopian** *or* **Ae'sopic** *adj*

**aesthesia** *or US* **esthesia** (iːs'θiːzɪə) *n* the normal ability to experience sensation, perception, or sensitivity
⊛ETYMOLOGY C20: back formation from ANAESTHESIA

**aesthete** *or US* **esthete** ('iːsθiːt) *n* a person who has or who affects a highly developed appreciation of beauty, esp in poetry and the visual arts
⊛ETYMOLOGY C19: back formation from AESTHETICS

**aesthetic** (iːs'θɛtɪk, ɪs-) *or sometimes US* **esthetic** *adj also* **aesthetical** *or sometimes US* **esthetical** 1 connected with aesthetics or its principles 2 a relating to pure beauty rather than to other considerations b artistic or relating to good taste: *an aesthetic consideration* ▷ *n* 3 a principle of taste or style adopted by a particular person, group, or culture: *the Bauhaus aesthetic of functional modernity* ▷ **aes'thetically** *or sometimes US* **es'thetically** *adv*

**aesthetician** *or sometimes US* **esthetician** (,iːsθɪ'tɪʃən, ,ɛs-) *n* 1 a student of aesthetics 2 another name for **beauty therapist**

**aestheticism** *or sometimes US* **estheticism** (iːs'θɛtɪ,sɪzəm, ɪs-) *n* 1 the doctrine that aesthetic principles are of supreme importance and that works of art should be judged accordingly 2 sensitivity to beauty, esp in art, music, literature, etc

**aesthetic labour** *n* workers employed by a company for their appearance or accent, with the aim of promoting the company's image

**aesthetics** *or sometimes US* **esthetics** (iːs'θɛtɪks, ɪs-) *n* (*functioning as singular*) 1 the branch of philosophy concerned with the study of such concepts as beauty, taste, etc 2 the study of the rules and principles of art
⊛ETYMOLOGY C18: from Greek *aisthētikos* perceptible by the senses, from *aisthesthai* to perceive

**aestival** *or US* **estival** (iː'staɪvəl, 'ɛstɪ-) *adj rare* of or occurring in summer
⊛ETYMOLOGY C14: from French, from Late Latin *aestivālis*, from Latin *aestās* summer

**aestivate** *or US* **estivate** ('iːstɪ,veɪt, 'ɛs-) *vb* (*intr*) 1 to pass the summer 2 (of animals such as the lungfish) to pass the summer or dry season in a dormant condition. Compare **hibernate** ▷ **'aesti,vator** *or US* **'esti,vator** *n*
⊛ETYMOLOGY C17: from Latin *aestivātus*, from *aestivāre* to stay during the summer, from *aestās* summer

**aestivation** *or US* **estivation** (,iːstɪ'veɪʃən, ,ɛs-) *n* 1 the act or condition of aestivating 2 the arrangement of the parts of a flower bud, esp the sepals and petals

**aet.** *or* **aetat.** *abbreviation* aetatis
⊛ETYMOLOGY Latin: at the age of

**Æthelred I** ('æθəl,rɛd) *n* a variant spelling of **Ethelred I**

**Æthelred II** *n* a variant spelling of **Ethelred II**

**aether** ('iːθə) *n* a variant spelling of **ether** (senses 3–5)

**aethereal** (ɪ'θɪərɪəl) *adj* a variant spelling of **ethereal** (senses 1–3) ▷ **aethereality** (ɪ,θɪərɪ'ælɪtɪ) *n* ▷ **ae'thereally** *adv*

**aetiological** *or* **etiological** (,iːtɪə'lɒdʒɪkəl) *adj* 1 of or relating to aetiology 2 *philosophy* (of an explanation) in terms of causal precedents, as opposed, for instance, to the intentions of an agent ▷ **aetio'logically** *or* **etio'logically** *adv*

**aetiology** *or* **etiology** (,iːtɪ'ɒlədʒɪ) *n, pl* **-gies** 1 the philosophy or study of causation 2 the study of the causes of diseases 3 the cause of a disease ▷ **,aeti'ologist** *or* **,eti'ologist** *n*
⊛ETYMOLOGY C16: from Late Latin *aetologia*, from Greek *aitiologia*, from *aitia* cause

**Aetna** ('ɛtnə) *n* the Latin name for Mount **Etna**

**Aetolia** (iː'təʊlɪə) *n* a mountainous region forming (with the region of Acarnania) a department of W central Greece, north of the Gulf of Patras: a powerful federal state in the 3rd century BC. Chief city: Missolonghi. Pop (with Acarnania): 219 092 (2001). Area: 5461 sq km (2108 sq miles)

**AEW** *abbreviation* airborne early warning (aircraft)

**af** *the internet domain name for* Afghanistan

**AF** *abbreviation* 1 Anglo-French 2 automatic focus 3 audio frequency 4 (in Canada) Air Force

**a.f.** *abbreviation* audio frequency

**A/F** *abbreviation* (in auction catalogues, etc) as found

**AFAIK** *text messaging abbreviation* as far as I know

**afar** (ə'fɑː) *adv* 1 at, from, or to a great distance ▷ *n* 2 a great distance (esp in the phrase **from afar**)
⊛ETYMOLOGY C14: *a fer*, altered from earlier *on fer* and *of fer*; see A-[2], FAR

**Afars and the Issas** ('ɑːfɑːz, 'iːsɑːs) *n* Territory of the Afars and the Issas a former name (1967–77) of **Djibouti**

**AFB** *abbreviation* (US) Air Force Base

**AFC** *abbreviation* 1 Air Force Cross 2 Association Football Club 3 automatic flight control 4 automatic frequency control

**afeard** *or* **afeared** (ə'fɪəd) *adj* (*postpositive*) an archaic or dialect word for **afraid**
⊛ETYMOLOGY Old English *āfǣred*, from *afǣran* to frighten, from *fǣran* to FEAR

**afebrile** (æ'fiːbraɪl, eɪ-) *adj* without fever

**aff** (æf) *Scot* ▷ *adv* 1 off ▷ *prep* 2 off 3 from; out of
⊛ETYMOLOGY Old English *of*; Old Norse *af*

**affable** ('æfəbəl) *adj* 1 showing warmth and friendliness; kindly; mild; benign 2 easy to converse with; approachable; amicable ▷ **,affa'bility** *n* ▷ **'affably** *adv*
⊛ETYMOLOGY C16: from Latin *affābilis* easy to talk to, from *affārī* to talk to, from *ad-* to + *fārī* to speak; compare FABLE, FATE

**affair** (ə'fɛə) *n* 1 a thing to be done or attended to; matter; business: *this affair must be cleared up* 2 an event or happening: *a strange affair* 3 (*qualified by an adjective or descriptive phrase*) something previously specified, esp a man-made object; thing: *our house is a tumbledown affair* 4 a sexual relationship between two people who are not married to each other ▶ See also **affairs**
⊛ETYMOLOGY C13: from Old French, from *à faire* to do

**affaire** *French* (afɛr) *n* a love affair

**affaire d'amour** *French* (afɛr damur) *n, pl* **affaires d'amour** (afɛr damur) a love affair

**affaire de coeur** *French* (afɛr də kœr) *n, pl* **affaires de coeur** (afɛr də kœr) an affair of the heart; love affair

**affaire d'honneur** *French* (afɛr dɔnœr) *n, pl* **affaires d'honneur** (afɛr dɔnœr) a duel

**affairs** (ə'fɛəz) *pl n* 1 personal or business interests: *his affairs were in disorder* 2 matters of public interest: *current affairs*

**affect**[1] *vb* (ə'fɛkt) (*tr*) 1 to act upon or influence, esp in an adverse way: *damp affected the sparking plugs* 2 to move or disturb emotionally or mentally: *her death affected him greatly* 3 (of pain, disease, etc) to attack ▷ *n* ('æfɛkt, ə'fɛkt) 4 *psychol* the emotion associated with an idea or set of ideas. See also **affection**
⊛ETYMOLOGY C17: from Latin *affectus*, past participle of *afficere* to act upon, from *ad-* to + *facere* to do

**affect**[2] (ə'fɛkt) *vb* (*mainly tr*) 1 to put on an appearance or show of; make a pretence of: *to affect ignorance* 2 to imitate or assume, esp pretentiously: *to affect an accent* 3 to have or use by preference: *she always affects funereal clothing* 4 to adopt the character, manner, etc, of: *he was always affecting the politician* 5 (of plants or animals) to live or grow in: *penguins affect an arctic climate* 6 to incline naturally or habitually towards: *falling drops of liquid affect roundness*
⊛ETYMOLOGY C15: from Latin *affectāre* to strive after, pretend to have; related to *afficere* to AFFECT[1]

**affectation** (,æfɛk'teɪʃən) *n* 1 an assumed manner of speech, dress, or behaviour, esp one that is intended to impress others 2 (often foll by *of*) deliberate pretence or false display: *affectation of nobility*
⊛ETYMOLOGY C16: from Latin *affectātiōn-* an aiming at, striving after, from *affectāre*; see AFFECT[2]

**affected**[1] (ə'fɛktɪd) *adj* (*usually postpositive*) 1 deeply moved, esp by sorrow or grief: *he was greatly affected by her departure* 2 changed, esp detrimentally
⊛ETYMOLOGY C17: from AFFECT[1] + -ED[1]

**affected**[2] (ə'fɛktɪd) *adj* 1 behaving, speaking, etc, in an artificial or assumed way, esp in order to impress others 2 feigned: *affected indifference* 3 *archaic* inclined; disposed ▷ **affectedly** *adv* ▷ **affectedness** *n*
⊛ETYMOLOGY C16: from AFFECT[2] + -ED[1]

**affecting** (ə'fɛktɪŋ) *adj* evoking feelings of pity, sympathy, or pathos; moving ▷ **affectingly** *adv*

**affection** (ə'fɛkʃən) *n* 1 a feeling of fondness or tenderness for a person or thing; attachment 2 (*often plural*) emotion, feeling, or sentiment: *to play on a person's affections* 3 *pathol* any disease or pathological condition 4 *psychol* any form of mental functioning that involves emotion. See also **affect**[1] (sense 1) 5 the act of affecting or the state of being affected 6 *archaic* inclination or disposition ▷ **af'fectional** *adj*
⊛ETYMOLOGY C13: from Latin *affectiōn-* disposition, from *afficere* to AFFECT[1]

**affectionate** (ə'fɛkʃənɪt) *adj* having or displaying tender feelings, affection, or warmth: *an affectionate mother*; *an affectionate letter* ▷ **affectionately** *adv*

**affective** (ə'fɛktɪv) *adj* 1 *psychol* relating to affects 2 concerned with or arousing the emotions or affection ▷ **affectivity** (,æfɛk'tɪvɪtɪ) *or* **affectiveness** *n*

**affective disorder** *n* any mental disorder, such as depression or mania, that is characterized by abnormal disturbances of mood

**affective psychosis** *n* a severe mental disorder characterized by extreme moods of either depression or mania