# EXHIBIT #11

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

Fourth Edition

Michael Agnes
EDITOR IN CHIEF

David B. Guralnik
EDITOR IN CHIEF 1951–1985


WILEY

Wiley Publishing, Inc.

GOOG-WSOU582-CC-000022

Copyright © 2009 by Wiley Publishing, Inc., Cleveland, Ohio

Published simultaneously in Canada

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400, fax 978-646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Legal Department, Wiley Publishing, Inc., 10475 Crosspoint Blvd., Indianapolis, IN 46256, 317-572-3447, fax 317-572-4447, or online at http://www.wiley.com/go/permissions.

Trademarks: Wiley, the Wiley logo, Webster's New World, the Webster's New World logo, We Define Your World, and related trade dress are trademarks or registered trademarks of John Wiley & Sons, Inc. and/or its affiliates in the United States and other countries, and may not be used without written permission. All other trademarks are the property of their respective owners. Wiley Publishing, Inc., is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services please contact our Customer Care Department within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*
Webster's New World College Dictionary / Michael Agnes, editor in chief.—4th ed.
   p. cm.
ISBN 978-0-02-863118-9 (thumb-indexed). — ISBN 978-0-02-863119-6 (plain).
—ISBN 978-0-02-863120-2 (leatherkraft). — ISBN 978-0-02-863471-5 (deluxe).
1. English language—Dictionaries.   I. Agnes, Michael.

PE1628.W5629 2000
423—dc21                                             99-045223

Manufactured in the United States of America

25  24  23  22  21  20  19  18  17

GOOG-WSOU582-CC-000023

This material may be protected by Copyright law (Title 17 U.S. Code)

**ruler** < *autos*, self + *kratos*, power, rule: see -CRAT] **1** a ruler with absolute power; dictator; despot  **2** anyone having unlimited power over others  **3** any domineering, self-willed person —**au·to·crat'ic** *adj.* or **au·to·crat'i·cal** —**au·to·crat'i·cal·ly** *adv.*

**au·to-da-fé** (ôt'ō də fā', out'-) *n., pl.* **au·tos-da-fé'** [Port, lit., act of the faith < *auto* (< L *actus*, ACT¹) + *da*, of the + *fé* (< L *fides*, faith)] **1** the public ceremony in which the Inquisition pronounced judgment and passed sentence on those tried as heretics  **2** the execution by the secular power of the sentence thus passed; esp., the public burning of a heretic

**auto de fe** (ou'tō de fe') *pl.* **autos de fe** (ou'tōs) [Sp] AUTO-DA-FÉ

**au·to·di·dact** (ôt'ō dī'dakt') *n.* [ML *autodidactus* < Gr *autodidaktos*, self-taught: see AUTO- & DIDACTIC] a person who is self-educated —**au'to·di·dac'tic** (-dī dak'tik) *adj.*

**au·to·dyne** (ôt'ō dīn') *adj.* [AUTO- + DYNE] designating or of a system of heterodyne radio reception in which a single tube serves both as oscillator and first detector —*n.* **1** an autodyne system  **2** an autodyne receiver

**au·toe·cious** (ô tē'shəs) *adj.* [AUTO- + Gr *oikos*, house (see ECONOMY) + -OUS] *Biol.* passing the entire life cycle on one host, as certain parasites do, esp. rust fungi —**au·toe'ciously** *adv.* —**au·toe'cism** (-siz'əm) *n.*

**au·to·ero·tism** (ôt'ō er'ə tiz'əm) *n.* [AUTO- + EROTISM: coined by (Henry) Havelock ELLIS] **1** pleasurable sensations or tensions arising in the erogenous body zones without external stimulation  **2** self-initiated activity aimed at reducing sexual excitations, as in masturbation  Also **au·to·erot'i·cism** (-ē rät'ə siz'əm) —**au'to·erot'ic** (-ē rät'ik) *adj.* —**au'to·erot'i·cal·ly** *adv.*

**au·to·focus** (ôt'ō fō'kəs, ät'-) *n.* a device that focuses a lens, camera, etc. automatically: also written **auto focus** or **au·to-fo'cus**

**au·toga·my** (ô täg'ə mē) *n.* [AUTO- + -GAMY] **1** self-fertilization, as in a flower receiving pollen from its own stamens  **2** internal self-fertilization in algae, fungi, protozoans, etc. by the fusion of gametes or nuclei within the same individual —**au·tog'a·mous** (-məs) *adj.*

**au·to·gen·e·sis** (ôt'ō jen'ə sis) *n.* [AUTO- + -GENESIS] SPONTANEOUS GENERATION —**au'to·ge·net'ic** (-jə net'ik) *adj.* —**au'to·ge·net'i·cal·ly** *adv.*

**au·tog·e·nous** (ô täj'ə nəs) *adj.* [Gr *autogenēs* (< *autos*, self + *genesis*, birth: see GENUS) + -OUS] **1** self-generated or self-generating  **2** produced in or obtained from one's own body; said esp. of a vaccine or tissue transplant  Also **au·to·genic** (ôt'ə jen'ik) —**au·tog'enous·ly** *adv.*

**au·to·giro** (ôt'ə jī'rō) *n., pl.* **-ros** [Sp, orig. a trademark, *Autogiro* < *auto-*, AUTO- + Gr *gyros*, a circle: see GYRATE] an aircraft that moves forward by means of a propeller and is supported in the air mainly by means of a large rotor mounted horizontally above the fuselage and turned by air pressure rather than motor power: largely superseded by the HELICOPTER

**au·to·graft** (ôt'ō graft') *n.* any tissue grafted from one location to another on the same individual: see ALLOGRAFT, XENOGRAFT

**au·to·graph** (ôt'ə graf') *n.* [L *autographum*, neut. of *autographus* < Gr *autographos*, written with one's own hand < *autos*, self + *graphein*: see GRAPHIC] **1** a signature, handwritten inscription, etc., esp. that of a famous person which is valued as a memento  **2** a thing written in one's own handwriting; original manuscript; holograph —*vt.* **1** to write (something) with one's own hand  **2** to write one's signature on or in

**au·to·graphic** (ôt'ə graf'ik) *adj.* **1** of, for, or like an autograph or autographs  **2** written in one's own handwriting —**au·to·graph'i·cal·ly** *adv.*

**au·tog·ra·phy** (ô tä'grə fē) *n.* [< AUTOGRAPH] **1** the writing of something with one's own hand  **2** a person's own handwriting  **3** autographs in general

**au·to·gyro** (ôt'ə jī'rō) *n., pl.* **-ros** alt. sp. of AUTOGIRO

★**Au·to·harp** (ôt'ō härp') [AUTO- + HARP] *trademark for* a type of zither for playing chordal accompaniments by means of a series of dampers worked by keys —*n.* [a-] such a zither

**au·to·hyp·no·sis** (ôt'ō hip nō'sis) *n.* the act of hypnotizing oneself or the state of being so hypnotized —**au'to·hyp·not'ic** (-nät'ik) *adj.*

**au·to·im·mune** (-i myo͞on') *adj.* initiating or resulting from the production of autoantibodies, sometimes with damage to normal components of the body —**au'to·im·mu'ni·ty** *n.*

**au·to·in·fec·tion** (-in fek'shən) *n.* infection from a source within the organism itself, as from harmful bacteria previously present but not in contact with vulnerable areas

**au·to·in·oc·u·la·tion** (-in äk'yo͞o lā'shən) *n.* **1** inoculation of a patient with a vaccine prepared from microorganisms from the patient's own body  **2** a spreading of infection from one part to other parts in the body

**au·to·in·tox·i·ca·tion** (-in täks'i kā'shən) *n.* poisoning by toxic substances generated within the body

★**au·to·load·ing** (ôt'ō lōd'iŋ) *adj.* SEMIAUTOMATIC (sense 2)

**au·tolo·gous** (ô täl'ə gəs) *adj.* [AUTO- + (HOMO)LOGOUS] derived from the same organism or from one of its parts *[an autologous graft]:* see HOMOLOGOUS (sense 5)

**au·to·ly·sate** (ô täl'ə sāt', ôt'ō lī'sāt) *n.* [AUTOLYS(IS) + -ATE²] a product of autolysis

**au·to·ly·sin** (ô täl'ə lī'sin, ô täl'ə sin) *n.* [< fol. + -IN¹] a substance that produces autolysis

**au·tol·y·sis** (ô täl'ə sis) *n.* [AUTO- + -LYSIS] the destruction of cells or tissues by their own enzymes, as after death or in some diseases —**au·to·lyt·ic** (ôt'ō lit'ik) *adj.*

**au·to·lyze** (ôt'ə līz) *vt., vi.* **-lyzed', -lyz'ing** to affect with or undergo autolysis

**au·to·maker** (ôt'ō māk'ər, ät'-) *n.* a manufacturer that makes automotive vehicles

**au·to·mat** (ôt'ə mat') *n.* [Ger < Gr *automatos*: see AUTOMATIC] a restaurant in which patrons get food from small compartments with doors that open when coins are put into slots

**au·to·ma·ta** (ô täm'ə tə) *n. alt. pl. of* AUTOMATON

★**au·to·mate** (ôt'ə māt') *vt.* **-mat'ed, -mat'ing** [back-form. < AUTOMATION] **1** to convert (a factory, process, etc.) to automation  **2** to use techniques of automation in *[teaching is being automated]*

**au·to·matic** (ôt'ə mat'ik) *adj.* [< Gr *automatos*, self-moving, self-thinking (< *autos*, self + component < IE *\*mntos*, thinking < base *\*men-*, to think > MIND, MEMORY) + -IC] **1** done without conscious thought or volition, as if mechanical  **2** involuntary or reflex, as some muscle or gland action  **3** *a)* moving, operating, etc. by itself, regulating itself *[automatic machinery]*  *b)* done with automatic equipment *[an automatic landing]*  **4** *Firearms a)* using the force of the explosion of a shell to eject the empty cartridge case, place the next cartridge into the breech, and fire it, so that shots continue in rapid succession until the trigger is released  *b) nontechnical name for* SEMIAUTOMATIC (sense 2) —*n.* **1** an automatic (or, popularly, semiautomatic) firearm  **2** any automatic machine  **3** an automotive vehicle having a transmission that changes gears automatically —*SYN.* SPONTANEOUS —**au·to·mat'i·cal·ly** *adv.*

**automatic direction finder** a type of radio compass that indicates automatically the direction of the station to which it is tuned, used esp. on aircraft

**au·to·mat·ic·ity** (ôt'ə mə tis'ə tē, ô täm'ə-) *n.* the condition of being automatic, or the degree of this

**automatic pilot** a gyroscopic instrument that automatically keeps an aircraft, missile, etc. to a predetermined course and attitude

★**au·to·ma·tion** (ôt'ə mā'shən) *n.* [AUTOMA(TIC) + -TION] **1** in manufacturing, a system or method in which many or all of the processes of production, movement, and inspection of parts and materials are automatically performed or controlled by self-operating machinery, electronic devices, etc.  **2** any system or method resembling this in using self-operating equipment, electronic devices, etc. to replace human beings in doing routine or repetitive work *[automation in teaching]*  **3** the condition of being automated

**au·to·ma·tism** (ô täm'ə tiz'əm) *n.* [AUTOMAT(IC) + -ISM] **1** the quality or condition of being automatic  **2** automatic action  **3** *Philos.* the theory that the human or animal body is a machine governed by physical laws and that consciousness does not control but only accompanies its actions  **4** *Physiol. a)* action independent of outside stimulus, as sleepwalking  *b)* action not controlled by the will, as the heartbeat  *c)* the power of such action  **5** *Psychol.* an automatic or unconscious action, as a tic  **6** free expression of the unconscious mind by releasing it from the control of the conscious; a surrealist concept —**au·to'ma·tist** *n.*

**au·to·ma·tize** (-tīz) *vt.* **-tized', -tiz'ing  1** to make automatic  **2** AUTOMATE —**au·tom'a·ti·za'tion** *n.*

**au·to·ma·ton** (ô täm'ə tän', -tən) *n., pl.* **-tons'** or **-ta** (-tə) [L < Gr, neut. of *automatos*: see AUTOMATIC] **1** anything that can move or act of itself  **2** an apparatus that automatically performs certain actions by responding to preset controls or encoded instructions  **3** an electronic machine, control device, etc. equipped with a computer and designed to operate automatically in response to instructions previously fed into the computer  **4** a person or animal acting in an automatic or mechanical way

★**au·to·mo·bile** (ôt'ə mə bēl', -mō-; ät'-; ôt'ə mə bēl'; ôt'ə mō'bēl) *n.* [Fr: see AUTO- & MOBILE] a passenger vehicle, usually four-wheeled, propelled by an engine or motor that is part of it, esp. an internal-combustion engine, and meant for traveling on streets or roads; motorcar

**au·to·mo·tive** (ôt'ə mōt'iv) *adj.* [AUTO- + -MOTIVE] **1** moving by means of its own power; self-moving  **2** of or having to do with automobiles or automotive vehicles

**au·to·nom·ic** (-näm'ik) *adj.* **1** occurring involuntarily; automatic  **2** of or controlled by the autonomic nervous system  **3** *Biol.* resulting from internal causes, as through a mutation —**au·to·nom'i·cal·ly** *adv.*

**autonomic nervous system** the part of the nervous system that is responsible for control and regulation of the involuntary bodily functions, including those of the heart, blood vessels, visceral smooth muscles, and glands: it consists of the sympathetic system which, in general, stimulates the body to prepare for physical action or emergency, and the parasympathetic system which, in general, stimulates the opposite responses: see CENTRAL NERVOUS SYSTEM

**au·to·no·mist** (ô tän'ə mist) *n.* a person desiring or advocating autonomy

**au·to·no·mous** (-məs) *adj.* [Gr *autonomos*, independent < *autos*, self + *nomos*, law: see -NOMY] **1** of or having to do with an autonomy  **2** *a)* having self-government  *b)* functioning independently without control by others  **3** *Biol. a)* existing, functioning, or developing independently of other parts or forms  *b)* autotrophic  *c)* resulting from internal causes; autonomic —**au·ton'o·mous·ly** *adv.*

**au·ton·o·my** (-mē) *n.* [Gr *autonomia*] **1** the fact or condition of being autonomous; self-government; independence  **2** *pl.* **-mies** any state that governs itself

**au·to·phyte** (ôt'ə fīt') *n.* [AUTO- + -PHYTE] any plant that makes its own food from inorganic matter —**au'to·phyt'ic** (-fit'ik) *adj.* —**au'to·phyt'i·cal·ly** *adv.*