# EXHIBIT #12

**Group 4 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00572-ADA, 6:20-cv-00581-ADA, and 6:20-cv-00582-ADA)**

# THE PENGUIN COMPLETE ENGLISH DICTIONARY

*Consultant Editor*
Robert Allen

PENGUIN BOOKS



PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 80 Strand, London WC2R 0RL, England
Penguin Group (USA) Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Group (Canada), 90 Eglinton Avenue East, Suite 700, Toronto, Ontario, Canada M4P 2Y3
(a division of Pearson Penguin Canada Inc.)
Penguin Ireland, 25 St Stephen's Green, Dublin 2, Ireland (a division of Penguin Books Ltd)
Penguin Group (Australia), 250 Camberwell Road, Camberwell,
Victoria 3124, Australia (a division of Pearson Australia Group Pty Ltd)
Penguin Books India Pvt Ltd, 11 Community Centre,
Panchsheel Park, New Delhi – 110 017, India
Penguin Group (NZ), cnr Airborne and Rosedale Roads, Albany,
Auckland 1310, New Zealand (a division of Pearson New Zealand Ltd)
Penguin Books (South Africa) (Pty) Ltd, 24 Sturdee Avenue,
Rosebank, Johannesburg 2196, South Africa

Penguin Books Ltd, Registered Offices: 80 Strand, London WC2R 0RL, England

www.penguin.com

First published in hardback as *The New Penguin English Dictionary* 2000
Published in paperback 2001
Second edition published as *The Penguin English Dictionary* 2003
Published in paperback 2004
Published as *The Penguin Complete English Dictionary* 2006
1

Original material copyright © Merriam-Webster Inc. and Longman Group Ltd, 1986
Revisions, updating and new material copyright © Penguin Books, 2000, 2003
All rights reserved

Typeset in ITC Stone
Printed in Finland by WS Bookwell

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

*Olga Maria Valdés Lezaca*

This material may be protected by Copyright law (Title 17 U.S. Code)

director. This is still in dispute. There are valuable theories that argue how the system, the money, or even the medium itself affects the message. Even among loyal auteurists, it is admitted that the role of auteur can be taken up by producers, writers and, especially, actors and actresses — David Thomson.

[French *auteur* author]

**auth.** *abbr* authorized.

**authentic** /aw'thentik/ *adj* **1** worthy of belief as conforming to fact or reality; trustworthy: *an authentic account.* **2** not imaginary, false, or imitation; genuine: *The signature looked authentic enough.* **3** said of a mode in church music: ranging upward from the KEYNOTE[1] (the note on which the mode is based): compare PLAGAL. ≫ **authentically** *adv*, **authenticity** /-'tisiti/ *noun*. [Middle English *autentik* via Old French from Greek *authentikos* from *authentēs* perpetrator, master]

**authenticate** /aw'thentikayt/ *verb trans* **1** to prove or declare (a document, signature, etc) genuine. **2** to corroborate (a story, etc) independently. ≫ **authentication** /-'kaysh(ə)n/ *noun*, **authenticator** *noun*.

**author**[1] /'awthə/ *noun* **1** the writer of a book, article, etc. **2a** a person whose profession is writing, *esp* a writer of literary works. **b** such a person identified with their works: *She had only to look in her favourite author for an apt quotation.* **3** somebody or something that originates something or gives it existence; a source: *We know who the author of the revolting business is* — Conan Doyle. ≫ **authorial** /aw'thawri-əl/ *adj*. [Middle English *auctour* via Old North French from Latin *auctor* promoter, originator, author, from *augēre* to increase]

**author**[2] *verb trans* (**authored**, **authoring**) to be the writer or originator of (something).

**authoress** /'awthəres, -ris/ *noun* a female author.

**authoring language** *or* **author language** *noun* a computer language system that enables users to create applications, e.g. for computer-aided learning, without any detailed knowledge of programming.

**authorise** /'awthəriez/ *verb trans* see AUTHORIZE.

**authoritarian**[1] /aw,thori'teəri-ən/ *adj* **1** said of a regime: enforcing strict obedience to authority, rather than allowing independent decision-making. **2** said of a person in a controlling position: dictatorial, domineering, and tyrannical. ≫ **authoritarianism** *noun*.

**authoritarian**[2] *noun* a person in a position of control who brooks no opposition to his or her authority.

**authoritative** /aw'thoritətiv/ *adj* **1a** having or proceeding from authority; definitive; official: *the authoritative version.* **b** entitled to belief or acceptance; reliable; conclusive: *an authoritative account.* **2** commanding respect and obedience: *in an authoritative tone.* ≫ **authoritatively** *adv*, **authoritativeness** *noun*.

**authority** /aw'thoriti/ *noun* (*pl* **authorities**) **1** the power to issue directives accompanied by the right to expect obedience. **2** the position of a person who has such power: *those in authority.* **3** delegated power or authorization: *You had no authority to remove the road blocks.* **4** (**the authorities**) people in command; *specif* a governmental or law-enforcing agency. **5** (*often* **Authority**) a governmental body that administers a public service or enterprise: *the Thames Water Authority.* **6** a citation used in defence or support of one's actions, opinions, or beliefs, or the source from which the citation is drawn. **7** an individual cited or appealed to as an expert: *an authority on D H Lawrence.* **8** effective influence or conviction. **9** the right granted by one person to another to act on his or her behalf. **10** weight, strength, or conviction resulting from practice and expertise: *Voltaire had his enemies but his authority could not be denied.* [Middle English *auctorite* via Old French from Latin *auctoritat-*, *auctoritas* opinion, decision, power, from *auctor*: see AUTHOR[1]]

**authorize** *or* **authorise** /'awthəriez/ *verb trans* **1** to invest (somebody) with authority or legal power or empower them to act in a certain way: *He was not authorized to destroy the documents.* **2** to give official permission for (a proceeding, etc); to sanction (an activity, etc): *Who authorized the arrest?* ≫ **authorization** /-'zaysh(ə)n/ *noun*, **authorizer** *noun*.

**Authorized Version** *noun* an English version of the Bible prepared under James I, published in 1611, and widely used by Protestants.

**author language** *noun* see AUTHORING LANGUAGE.

**authorship** *noun* **1** the profession or activity of writing. **2** the identity of the author of a literary work: *The authorship of the Waverley Novels was for a long time kept secret.*

**autism** /'awtiz(ə)m/ *noun* a disorder of childhood development marked by inability to form relationships with other people, those affected having only a limited understanding of themselves and others as individuals with independent personalities and thought processes. ≫ **autistic** /aw'tistik/ *adj and noun*. [scientific Latin *autismus*, from AUT- + -ISM]

**auto** /'awtoh/ *noun* (*pl* **autos**) *chiefly NAmer* a motor car. [short for AUTOMOBILE]

**auto-**[1] *comb. form* see AUT-.

**auto-**[2] *comb. form* forming words, with the meaning: self-propelling; automotive: *autocycle.* [*automobile* (adj) self-propelling]

**autoantibody** /,awtoh'antibodi/ *noun* (*pl* **autoantibodies**) an antibody against one of the constituents of the tissues of the individual that produces it.

**autobahn** /'awtohbahn/ *noun* a German motorway. [German *Autobahn*, from *Auto* car + *Bahn* track, way]

**autobiography** /,awtəbie'ogrəfi/ *noun* (*pl* **autobiographies**) an account of one's own life written by oneself. ≫ **autobiographer** *noun*, **autobiographic** /-'grafik/ *adj*, **autobiographical** /-'grafikl/ *adj*.

**autocephalous** /,awtoh'sefələs/ *adj* said of Eastern national Churches: independent of external, *esp* patriarchal, authority. [late Greek *autokephalos*, from Greek AUTO-[1] + *kephalē* head]

**autochthon** /aw'tokthən/ *noun* (*pl* **autochthons** *or* **autochthones** /-neez/) **1** an aborigine or native. **2** an autochthonous plant, animal, etc. ≫ **autochthonism** *noun*. [Greek *autochthōn*, from AUTO-[1] + *chthōn* earth]

**autochthonous** /aw'tokthənəs/ *adj* indigenous; native: compare ALLOCHTHONOUS. ≫ **autochthonously** *adv*, **autochthony** *noun*.

**autoclave**[1] /'awtəklayv/ *noun* an apparatus, e.g. for sterilizing, using superheated steam under pressure. [French *autoclave*, from AUTO-[1] + Latin *clavis* key; so called because it fastens automatically]

**autoclave**[2] *verb trans* to subject (medical instruments, etc) to the action of an autoclave.

**autocracy** /aw'tokrəsi/ *noun* (*pl* **autocracies**) **1** government by an autocrat. **2** a community or state governed by autocracy.

**autocrat** /'awtəkrat/ *noun* **1** a person who rules with unlimited power. **2** a dictatorial person. ≫ **autocratic** /-'kratik/ *adj*, **autocratically** /-'kratikli/ *adv*. [French *autocrate* from Greek *autokratēs* ruling by oneself, absolute, from AUTO-[1] + *kratos* strength, power]

**autocross** /'awtohkros/ *noun* the sport of racing motor cars on grass tracks against the clock: compare MOTOCROSS, RALLYCROSS. [AUTO + CROSS-COUNTRY[1]]

**Autocue** /'awtohkyooh/ *noun trademark* a device that enables a television presenter or performer to read a script without averting his or her eyes from the camera.

**auto-da-fé** /,awtoh dah 'fay/ *noun* (*pl* **autos-da-fé** /,awtoh dah 'fay/) the burning of a heretic; *esp* the ceremonial execution of somebody condemned by the Spanish Inquisition. [Portuguese *auto da fé*, literally 'act of the faith']

**autodidact** /'awtoh'diedakt/ *noun* a person who is self-taught. ≫ **autodidactic** /-'daktik/ *adj*. [Greek *autodidaktos* self-taught, from AUTO-[1] + *didaktos* taught, from *didaskein* to teach]

**auto-erotism** /awtoh'eratiz(ə)m/ *or* **auto-eroticism** /,awtohi'rotisiz(ə)m/ *noun* sexual gratification obtained by oneself from one's own body. ≫ **auto-erotic** /-i'rotik/ *adj*, **auto-erotically** /-i'rotikli/ *adv*.

**autofocus** /'awtohfohkəs/ *noun* a device in a camera that automatically adjusts the focusing.

**autogamy** /aw'togəmi/ *noun* self-fertilization: compare ALLOGAMY. ≫ **autogamous** *adj*. [AUTO-[1] + Greek *gamos* marriage]

**autogenic** /awtoh'jenik/ *adj technical* produced from the individual's own body; AUTOGENOUS. [Greek *autogenēs*, from AUTO-[1] + *genēs* born, produced]

**autogenics** *pl noun* (*treated as sing. or pl*) a system of relaxation through conscious control of stress and tension.

**autogenic training** *noun* = AUTOGENICS.