# EXHIBIT #14





**PATENT APPLICATION**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of:

Jan CHIPCHASE

Application No.: 10/957,743

Filed: October 5, 2004

For: ALARM CLOCK

Confirmation No. 8886

Art Unit: 2612

Examiner: Daniel Previl

Attorney Dkt. No.: 59643.00533

<u>**RESPONSE UNDER 37 CFR § 1.111**</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

August 16, 2006

Sir:

In response to the Office Action dated May 16, 2006, please amend the above-identified application as set forth below.

**Amendments to the specification are submitted on page 2.**

**Amendments to the claims are submitted beginning on page 3.**

**Remarks are submitted beginning on page 8.**

**IN THE SPECIFICATION**:

Please amend the Specification as follows:

Please replace figure 1 of the drawings with the enclosed replacement sheet including figure 1.

Please add the heading TITLE OF THE INVENTION before the TITLE on page 1.

Please add the heading BACKGROUND OF THE INVENTION before paragraph 0001.

Please add the heading SUMMARY OF THE INVENTION before paragraph 0007.

Please add the heading BRIEF DESCRIPTION OF THE DRAWINGS before paragraph 0024.

Please add the heading DETAILED DESCRIPTION OF PREFERRED EMDODIMENTS before paragraph 0025.

**IN THE CLAIMS**:

Please add claim 19, cancel claim 2, and amend claims 1, 3-18 as follows.

1. (Currently Amended)  A mobile communication terminal, comprising:

a clock for maintaining an indication of the current time;

a memory for storing a definition of an alert time; and

an alerting unit configurable to issue an alert when the current time matches the

alert time, the alerting unit being ~~capable of issuing~~ configured to issue the alert by

initiating a connection to another communication terminal over a network so as to cause

that other terminal to locally signal the incidence of the connection incoming thereto;

wherein the alerting unit comprises a signaling unit configured to locally signal to

a user, and the alerting unit is configured to issue the alert by causing the signaling unit to

locally signal to a user.

2. (Cancelled)

3. (Currently Amended) ~~A~~ The  mobile communication terminal as claimed in claim 1~~2~~,

wherein the memory is ~~capable of storing~~ configured to store an indication of whether the

alerting unit is ~~arranged to~~ configured to issue the alert by means of the signaling unit,

and the alerting unit is ~~arranged to~~ configured to issue the alert by means of the signaling

unit in accordance with that indication.

- 3 -

4. (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1̲2̶, wherein the alerting unit is configured to issue the alert by initiating the connection to another communication terminal at a predetermined time offset from signaling the user by means of the signaling unit.

5. (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, wherein the s̶a̶i̶d̶ connection to another communication terminal is a phone call.

6. (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, wherein the mobile communication terminal is c̶a̶p̶a̶b̶l̶e̶ ̶o̶f̶ configured to perform wireless communication with a communication network and the s̶a̶i̶d̶ connection is communicated over a wireless link with the network.

7. (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, wherein the communication terminal is a mobile phone.

8. (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, comprising a user interface whereby a user can enter data for storage by the memory.

9.  (Currently Amended) A̶ The mobile communication terminal as claimed in claim 8, the terminal being configured to enable a user to enter the alert time by means of the keypad and to store that time in the memory.

10.  (Currently Amended) A̶ The mobile communication terminal as claimed in claim 8, the terminal being configured to enable a user to enter the address of the other communication terminal by means of the keypad and to store that time in the keypad, and wherein the alerting unit is configured to initiate the connection to that terminal by means of that address.

11.  (Currently Amended) A̶ The mobile communication terminal as claimed in claim 9, wherein the address is a telephone number.

12.  (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, comprising a message generation unit for generating an audible message defined by data stored at the communication terminal, and wherein the alerting unit is arranged to play out that message over the connection.

13.  (Currently Amended) A̶ The mobile communication terminal as claimed in claim 1, wherein the terminal is portable.

14.  (Currently Amended)  A̶ The mobile communication terminal as claimed in claim 1, wherein the terminal is a battery-powered terminal.

15.  (Currently Amended)  A method for alerting a user b̶y̶ ̶m̶e̶a̶n̶s̶ of a mobile communication terminal, the method comprising:

   maintaining by m̶e̶a̶n̶s̶ ̶o̶f̶ a clock an indication of the current time;

   storing in a memory a definition of an alert time; and

   issuing an alert when the current time matches the alert time by initiating a connection to another communication terminal over a network so as to cause that other terminal to locally signal the incidence of the connection incoming thereto.

16.  (Currently Amended)  A̶ The  method as claimed in claim 15, comprising locally signaling the incidence of the incoming connection by means of the s̶a̶i̶d̶ other terminal.

17.  (Currently Amended)  A̶ The  method as claimed in claim 16, wherein the s̶a̶i̶d̶ signaling is audible signaling.

18.  (Currently Amended)  A̶ The  method as claimed in claim 17, wherein the audible signaling is a ring tone.

- 6 -

- 7 -

19.  (New)  An apparatus for alerting a user by means of a mobile communication terminal, the apparatus comprising:

maintaining means for maintaining an indication of the current time;

storing means for storing in a memory a definition of an alert time; and

issuing means for issuing an alert when the current time matches the alert time by initiating a connection to another communication terminal over a network so as to cause that other terminal to locally signal the incidence of the connection incoming thereto.

## REMARKS

The Office Action dated May 16, 2006, has been received and carefully noted. The above amendments to the specification, drawings and claims, and the following remarks, are submitted as a full and complete response thereto.

Claims 1 and 3-18 have been amended to more particularly point out and distinctly claim the subject matter of the invention. Claim 2 has been cancelled and claim 19 has been added. No new matter has been added, and no new issues are raised which require further consideration and/or search. 1 and 3-19 are submitted for consideration.

Claims 1-14 were objected to because of informalities. Specifically, claims 1, 2, 3 and 6 were objected to because they include the phrase "capable of." Claims 4-5 and 7-14 were objected to because they depend on objected claims 1, 2, 3 and 6. Claim 2 has been cancelled and claims 1, 3 and 6 have been amended to overcome this objection. Therefore, Applicant requests that this objection be withdrawn.

The drawings were objected to because Figure 1 was handwritten and is not in compliance with 37 CFR 1.121(d). Enclosed herewith is a replacement sheet including figure 1 which is now in compliance with 37 CFR 1.121(d). Thus, Applicant requests that this objection be withdrawn.

The Office Action also suggested that the specification be amended to comply with 37 CFR 1.77(b). The specification has been amended, as outlined above.

Claims 1-18 were rejected under 35 U.S.C. 102(e) as being anticipated by U.S. Patent No. 6,940,395 to Steinmark. The rejection is traversed as being based on a

- 8 -

reference that neither teaches nor suggests the novel combination of features clearly recited in independent claims 1 and 15, upon which claims 3-18 depend, and newly added corresponding apparatus claim 19.

Claim 1, upon which claims 3-18 depend, recites a mobile communication terminal including a clock for maintaining an indication of the current time, a memory for storing a definition of an alert time, and an alerting unit configurable to issue an alert when the current time matches the alert time. The alerting unit is configured to issue the alert by initiating a connection to another communication terminal over a network so as to cause that other terminal to locally signal the incidence of the connection incoming thereto. The alerting unit includes a signaling unit configured to locally signal to a user, and the alerting unit is configured to issue the alert by causing the signaling unit to locally signal to a user.

Claim 15, upon which claims 16-18 depend, recites a method for alerting a user of a mobile communication terminal. The method includes maintaining by a clock an indication of the current time, storing in a memory a definition of an alert time, and issuing an alert when the current time matches the alert time by initiating a connection to another communication terminal over a network so as to cause that other terminal to locally signal the incidence of the connection incoming thereto.

As will be discussed below, Steinmark does not teach or suggest each element of claims 1 and 3-19.

Steinmark discloses a system for adjusting an alarm or reminder activation time. An information server gathers information regarding situations or events that may effect the time at which the user wishes the alarm to signal and via a connecting link changes the time at which the alarm is signaled.

According to Steinmark, the system includes an alarm clock device or embodied in an automated call back service. In operation, a call back service makes a phone call to the user's phone or sends a signal to the user's receiver at either the regular user-requested alarm time or an adjusted time based upon unexpected conditions. See at least Col. 3, line 21-Col. 5, line 4.

Applicant submits that Steinmark does not teach or suggest each element of claims 1 and 3-19. Each of claims 1, 15 and 19 recites, in part, alerting unit that is configured to issue the alert by initiating a connection to another communication terminal over a network so as to cause that other terminal to locally signal the incidence of the connection incoming thereto, the alerting unit includes a signaling unit configured to locally signal to a user, and the alerting unit is configured to issue the alert by causing the signaling unit to locally signal to a user. There is no disclosure in Steinmark of an alert unit, which is **both** capable of **producing a local signal itself** via a signalling unit and also **connecting over a network to a further communication terminal** to cause that terminal to also activate an alarm signal. Therefore, Applicant respectfully asserts that the rejection under 35 U.S.C. §102(e) should be withdrawn because Steinmark fails to teach

- 10 -

or suggest each feature of claims 1, 15 and 19 and hence, dependent claims 3-14 and 16-18 thereon.

As noted previously, claims 1 and 3-19 recite subject matter which is neither disclosed nor suggested in the prior art references cited in the Office Action. It is therefore respectfully requested that all of claims 1 and 3-19 be allowed and this application passed to issue.

If for any reason the Examiner determines that the application is not now in condition for allowance, it is respectfully requested that the Examiner contact, by telephone, the applicant's undersigned attorney at the indicated telephone number to arrange for an interview to expedite the disposition of this application.

In the event this paper is not being timely filed, the applicant respectfully petitions for an appropriate extension of time. Any fees for such an extension together with any additional fees may be charged to Counsel's Deposit Account 50-2222.

Respectfully submitted,

Arlene P. Neal
Registration No. 43,828

**Customer No. 32294**
SQUIRE, SANDERS & DEMPSEY LLP
14TH Floor
8000 Towers Crescent Drive
Tysons Corner, Virginia 22182-2700
Telephone: 703-720-7800
Fax: 703-720-7802
APN:kmp
Enclosures:   Replacement sheet drawing – Figure 1

- 11 -