AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU Investments, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-00572 |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Date: 03/07/2022

s/Joseph M. Abraham
*Attorney's signature*

Joseph M. Abraham (TX SBN 24088879)
*Printed name and bar number*

13492 Research Blvd., Ste. 120, No. 177
Austin, TX 78750

*Address*

joseph.abraham@foliolaw.com
*E-mail address*

(737) 234-0201
*Telephone number*

*FAX number*