AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| WSOU Investments LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Google LLC | ) |
| *Defendant* | ) |

Case No.    6:20-cv-00572-ADA

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments LLC d/b/a Brazos Licensing and Development                                        .

Date:      03/07/2022

/s/ Cliff Win, Jr.
*Attorney's signature*

Cliff Win, Jr., CA Bar No. 270517
*Printed name and bar number*

Folio Law Group PLLC
1200 Westlake Ave N., Suite 809
Seattle, WA 98109

*Address*

cliff.win@foliolaw.com
*E-mail address*

(206) 880-1802
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|