# EXHIBIT G

—1—

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   WSOU INVESTMENTS LLC     *
                             *      February 16, 2023
 4   VS.                      *
                             *      CIVIL ACTION NOS.
 5   GOOGLE LLC               * W-20-CV-572/580/584/585

 6            BEFORE THE HONORABLE ALAN D ALBRIGHT
             MOTION and MARKMAN HEARING (via Zoom)
 7
     APPEARANCES:
 8
     For the Plaintiff:   Joseph M. Abraham, Esq.
 9                        Folio Law Group PLLC
                          13492 Research Blvd, Ste. 120, #177
10                        Austin, TX 78750

11                        Moses Xie, Esq.
                          Folio Law Group PLLC
12                        1200 Westlake Ave. N., Ste. 809
                          Seattle, WA 98109
13
     For the Defendant:   Tharan Gregory Lanier, Esq.
14                        Jones Day
                          1755 Embarcadero Road
15                        Palo Alto, CA 94303

16                        Edwin O. Garcia, Esq.
                          Tracy A. Stitt, Esq.
17                        Jones Day
                          51 Louisiana Avenue, N.W.
18                        Washington, DC 20001

19                        Jennifer A. Kash, Esq.
                          Warren Lex LLP
20                        2261 Market Street, No. 606
                          San Francisco, CA 94114
21
                          Israel Sasha Mayergoyz, Esq.
22                        Jones Day
                          77 West Wacker, Suite 3500
23                        Chicago, IL 60601

24

25
```

-2-

```
1                        Michael E. Jones, Esq.
                         Shaun William Hassett, Esq.
2                        Potter Minton PC
                         110 North College, Suite 500
3                        Tyler, TX 75702

4                        Erika Hart Warren, Esq.
                         Warren Lex LLP
5                        2261 Market Street, No. 606
                         San Francisco, CA 94114 ^
6
      Court Reporter:    Kristie M. Davis, CRR, RMR
7                        PO Box 20994
                         Waco, Texas 76702-0994
8                        (254) 340-6114

9        Proceedings recorded by mechanical stenography,

10    transcript produced by computer-aided transcription.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 10:41 | 1 | Mr. Lanier.  But I took plaintiff's argument that he |
| 10:41 | 2 | understood that with his last arguments. |
| 10:41 | 3 | But if plaintiff's counsel wants to argue |
| 10:41 | 4 | anything else, I'm happy to hear it. |
| 10:41 | 5 | MR. XIE:  None needed, Your Honor.  Thank |
| 10:41 | 6 | you. |
| 10:41 | 7 | THE COURT:  Okay.  I'll be back in a |
| 10:41 | 8 | second. |
| 10:41 | 9 | (Pause in proceedings.) |
| 10:42 | 10 | THE COURT:  I want to thank all counsel |
| 10:42 | 11 | as usual for their usual exceptional work and |
| 10:42 | 12 | arguments. |
| 10:42 | 13 | I'm going to maintain the preliminary |
| 10:42 | 14 | construction of plain and ordinary meaning. |
| 10:42 | 15 | My understanding is that was the only |
| 10:42 | 16 | claim term we had to take up.  Is there anything else |
| 10:42 | 17 | that we needed to take up -- Mr. Lanier, you're in my |
| 10:42 | 18 | screen -- from Google's perspective? |
| 10:42 | 19 | MR. LANIER:  No, Your Honor.  Nothing |
| 10:42 | 20 | more from us.  Thank you for the time today. |
| 10:43 | 21 | THE COURT:  You bet. |
| 10:43 | 22 | And for plaintiff? |
| 10:43 | 23 | MR. XIE:  Correct.  Nothing further for |
| 10:43 | 24 | Brazos. |
| 10:43 | 25 | THE COURT:  And I won't let it go |