IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT,<br><br>             *Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>             *Defendant*. | Civil Case No. 6:20-cv-00572-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT THAT CLAIM 3 IS PATENT INELIGIBLE UNDER SECTION 101**

    Before the Court is Google LLC's Motion for Reconsideration of Summary Judgment that Claim 3 is Patent Ineligible Under Section 101. After consideration of said motion, the Court finds that it should be GRANTED and that claim 3 is patent ineligible under Section 101.

    **SIGNED** on this _____ day of _____, 2023.

                                                        _____
                                                        ALAN D ALBRIGHT
                                                        UNITED STATES DISTRICT JUDGE