# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT, ) ) ) ) ) Plaintiff, ) ) v. ) ) GOOGLE, LLC ) ) Defendant ) ) | Case No. 6:20-cv-00572-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING GOOGLE'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT THAT CLAIM 3 IS PATENT INELIGIBLE UNDER SECTION 101

This matter came before the Court on Defendant Google, LLC's Motion for Reconsideration of Summary Judgment that Claim 3 is Patent Ineligible under Section 101. (Dkt. 161).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE