# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING & DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC<br><br>Defendant | Case No. 6:20-cv-00572-ADA<br><br>**JURY TRIAL DEMANDED** |

### ORDER DENYING GOOGLE'S MOTION TO EXCLUDE CERTAIN OPINIONS OF TECHNICAL EXPERT WILLIAM MANGIONE-SMITH

This matter came before the Court on Defendant Google, LLC's Motion to Exclude Certain Opinions of Technical Expert William Mangione-Smith. (Dkt. 160).

Having considered the Motion and supporting documents, this Court ORDERS that the Motion be denied.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE