# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a ) <br> BRAZOS LICENSING & DEVELOPMENT, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 6:20-cv-00572-ADA |

## FINAL JUDGMENT

In accordance with the Court's Memorandum Option and Order granting summary judgment of invalidity to Defendant, it is hereby **ORDERED** and **ADJUDGED** that:

**IT IS ORDERED** that final judgment is entered in favor of Defendant and against the Plaintiff. Plaintiff shall take nothing by this action.

**IT IS FURTHER ORDERED** that the deadline for the prevailing party to seek costs and attorney fees is hereby deferred until thirty (30) days after the expiration of the time allowed for appeal of this final judgment, or if there is an appeal, until thirty (30) days after issuance of a mandate by the appellate court.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**.  This case is hereby closed.

This **FINAL JUDGMENT** starts the timing for filing an appeal.

**SIGNED** this _____ day of _____, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ *Joseph M. Abraham*
Joseph M. Abraham, TX Bar No. 24088879
Timothy Dewberry, TX Bar No. 24090074
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com
       timothy.dewberry@foliolaw.com

Cliff Win, CA Bar No. 270517
Alexandra Fellowes, CA Bar No. 261929
C. Maclain Wells, CA Bar No. 221609
Moses Xie, CA Bar No. 343007
Alden K. Lee, CA Bar No. 257973
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave N., Ste. 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cliff.win@foliolaw.com
       alexandra.fellowes@foliolaw.com
       maclain@foliolaw.com
       moses.xie@foliolaw.com
       alden.lee@foliolaw.com

Gregory P. Love
State Bar No. 24013060
Mark D. Siegmund
State Bar No. 24117055
**Cherry Johnson Siegmund James**
400 Austin Ave., Ste. 9th Floor
Waco, TX 76701
Tel: (254) 732-2242
Email: glove@cjsjlaw.com
       msiegmund@cjsjlaw.com

*Attorneys for Plaintiff WSOU Investments
d/b/a Brazos Licensing & Development*

/s/ *T. Gregory Lanier*
Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
Shaun W. Hassett (State Bar No. 24074372)
shaunhassett@potterminton.com
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, Texas, 75702
(903) 597-8311
(903) 593-0846 facsimile

T. Gregory Lanier
(California Bar No. 138784) (*pro hac vice*)
tglanier@jonesday.com
Walter Mostowy
(California Bar No. 341454) (*pro hac vice*)
wmostowy@jonesday.com
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California, 94303
(650) 739-3939
(650) 739-3900 facsimile

Sasha Mayergoyz
(Illinois Bar No. 6271800) (*pro hac vice*)
smayergoyz@jonesday.com
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, Illinois 60606
(312) 782-3939
(312) 782-8585 facsimile

Tracy A. Stitt
(D.C. Bar No. 1015680) (*pro hac vice*)
tastitt@jonesday.com
Jennifer L. Swize
(D.C. Bar No. 490988) (*pro hac vice*)
jswize@jonesday.com
Edwin O. Garcia
(Texas Bar No. 24097726) (*pro hac vice*)
edwingarcia@jonesday.com
**JONES DAY**
51 Louisiana Avenue, NW
Washington, D.C. 20001

(202) 879-3939
(202) 626-1700 facsimile

Rita J. Yoon
(Illinois Bar No. 6298019) (*pro hac vice*)
ryoon@jonesday.com
Michael A. Lavine
(California Bar No. 321727) (*pro hac vice*)
mlavine@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
(415) 626-3939
(415) 875-5700 facsimile

John R. Boulé III
(California Bar No. 322929) (*pro hac vice*)
jboule@jonesday.com
**JONES DAY**
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
(213) 489-3939
(213) 243-2539 facsimile

Daniele San Román
(D.C. Bar No. 1673021) (*pro hac vice*)
dsanroman@jonesday.com
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, California 92121
(858) 314-1200
(844) 345-3178 facsimile

*Attorneys for Defendant Google LLC*